

**The following constitutes**
**the order of the court. Signed February 14, 2007**

*Marilyn Morgan*
**Marilyn Morgan**
**U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TRIPATH TECHNOLOGY. INC.,

Debtor.

CASE NO. 07-50358 (MM)

Chapter: Chapter 11

**ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**

Upon the annexed Application for an Order Designating Responsible Individual, the Court having reviewed the papers on file herein, being fully advised thereby and good cause appearing therefor,

IT IS HEREBY ORDERED that Gary M. Sawka be, and he is hereby, designated the Responsible Individual for the above-captioned debtor-in possession in this case.

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Bruce G. MacIntyre, WA Bar No. 18984 |
| | BMacIntyre@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 4 | Menlo Park, CA 94025-1114 |
| | Telephone: 650.838.4300 |
| 5 | Facsimile: 650.838.4350 |
| 6 | |
| 7 | Sharon L. Levine |
| | slevine@lowenstein.com |
| 8 | Lowenstein Sandler PC |
| | 65 Livingston Avenue |
| 9 | Roseland, NJ 07068-1791 |
| | Telephone: 973-597-2374 |
| 10 | Facsimile: 973-597-2400 |
| 11 | Michael J. Steiner |
| | mjs@severson.com |
| 12 | Severson & Werson |
| | One Embarcadero Center, Suite 2600 |
| 13 | San Francisco, CA 94111 |
| | Telephone: 415-398-3344 |
| 14 | Facsimile: 415-956-0439 |
| 15 | |
| 16 | Office of the U.S. Trustee |
| | 280 South First Street |
| 17 | San Jose, California 95113 |
| | Telephone: 408-535-5525 |
| 18 | Facsimile: 408-535-5532 |
| 19 | US Attorneys Office |
| | 150 Almaden Blvd, Suite 900 |
| 20 | San Jose, CA 95113 |
| 21 | |
| 22 | Charlotte Shira |
| | Internal Revenue Service |
| 23 | 55 S. Market St. |
| | San Jose, CA 95113 |
| 24 | Telephone: 408-817-6522 |