| | |
|---|---|
| Bruce G. MacIntyre, WA Bar No. 18984 | E-Filed 2/20/2007 |

BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
Gabriel Liao, CA Bar No. 205897
GLiao@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and Debtor-in-Possession
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 07-50358 (MM) |
| TRIPATH TECHNOLOGY. INC., | Chapter 11 |
| Debtor. | |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS
FOR BRUCE G. MACINTYRE**

PLEASE TAKE NOTICE that effectively immediately the address and further contact information for Bruce G. MacIntyre, counsel for Tripath Technology, Inc., debtor and debtor-in-possession herein, is as follows:

> Bruce G. MacIntyre
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4800
> Seattle, WA 98101-3099
> Telephone: 206-359-8000
> Facsimile: 206-359-9000
> Email: BMacIntyre@perkinscoie.com

| | |
|---|---|
| DATED: February 20, 2007 | /s/ Bruce G. MacIntyre, WA Bar No. 18984 |
| | BMacIntyre@perkinscoie.com |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4800 |
| | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| | |
| | Ed Wes, CA Bar No. 180252 |
| | EWes@perkinscoie.com |
| | Gabriel Liao, CA Bar No. 205897 |
| | GLiao@perkinscoie.com |
| | **Perkins Coie LLP** |
| | 101 Jefferson Drive |
| | Menlo Park, CA 94025-1114 |
| | Telephone: 650.838.4300 |
| | Facsimile: 650.838.4350 |
| | |
| | Attorneys for Debtor and Debtor-in-Possession Tripath Technology, Inc. |

In accordance with C.R.C.P. 121 §1-26(9), a duly signed original of this document is on file at the law firm of Perkins Coie LLP and will be made available for inspection by other parties or the court upon request