The following constitutes
the order of the court. Signed September 21, 2007

*Marilyn Morgan*
**Marilyn Morgan
U.S. Bankruptcy Judge**

_____

Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and Debtor-in-Possession
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter: Chapter 11 |

**ORDER APPROVING FIRST INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS**

THIS MATTER came before the Court for hearing on September 18, 2007, appearances having been noted on the record, the Court having read and considered the First Interim Fee Application of Perkins Coie LLP for Payment of Attorney Fees and Costs (the "Application"), the Limited Objection thereto filed by the United States Trustee, the Reply to Limited Objection filed by Perkins Coie LLP, and the Declaration of Mary Lou Maag, and the Court having heard and considered the arguments of counsel, and after due deliberation and being fully advised in the premises, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1.      The Limited Objection of the United States Trustee is overruled; and

2.      The Application is hereby APPROVED and the Debtor is authorized and directed to make payment to Perkins Coie in the amount of three hundred five thousand, thirty-eight dollars and fifty cents ($305,038.50) for fees and costs in the amount of twelve thousand, six hundred sixty four dollars and thirty-six cents ($12,664.36), for a total interim award of three hundred seventeen thousand, seven hundred two dollars and eighty-six cents ($317,702.86).

\*\*\* END OF ORDER \*\*\*

# COURT SERVICE LIST

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov