1  Bruce G. MacIntyre, WA Bar No. 18984
   BMacIntyre@perkinscoie.com
2  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
3  Seattle, WA 98101-3099
   Telephone: 206.359.8000
4  Facsimile: 206.359.9000

5  Ed Wes, CA Bar No. 180252
   EWes@perkinscoie.com
6  **Perkins Coie LLP**
   101 Jefferson Drive
7  Menlo Park, CA 94025-1114
   Telephone: 650.838.4300
8  Facsimile: 650.838.4350

9  Attorneys for Debtor and Debtor-in-Possession
   Tripath Technology, Inc.

10

UNITED STATES BANKRUPTCY COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

13

14

15  In re                                    CASE NO. 07-50358 (MM)

16  TRIPATH TECHNOLOGY. INC.,                Chapter 11

17              Debtor.

18

19  **NOTICE OF CHANGE OF ADDRESS
    FOR DEBTOR TRIPATH TECHNOLOGY, INC.**

20      PLEASE TAKE NOTICE that effectively immediately the address and further contact

21  information for Tripath Technology, Inc., debtor and debtor-in-possession herein, is as follows:

22      Gary Sawka
        CFO and Responsible Individual
23      46560 Fremont Blvd., Suite 109
        Fremont, CA 94538
24      Phone: (510) 979-0848
        Fax: (510) 979-0855
25      gary@trypath.com

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 24, 2007 | /s/ Bruce G. MacIntyre, WA Bar No. 18984 |
| | | BMacIntyre@perkinscoie.com |
| 3 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4800 |
| 4 | | Seattle, WA 98101-3099 |
| | | Telephone: 206.359.8000 |
| 5 | | Facsimile: 206.359.9000 |

DATED: September 24, 2007        /s/ Bruce G. MacIntyre, WA Bar No. 18984
                                 BMacIntyre@perkinscoie.com
                                 **Perkins Coie LLP**
                                 1201 Third Avenue, Suite 4800
                                 Seattle, WA 98101-3099
                                 Telephone: 206.359.8000
                                 Facsimile: 206.359.9000

                                 Ed Wes, CA Bar No. 180252
                                 EWes@perkinscoie.com
                                 **Perkins Coie LLP**
                                 101 Jefferson Drive
                                 Menlo Park, CA 94025-1114
                                 Telephone: 650.838.4300
                                 Facsimile: 650.838.4350

                                 Attorneys for Debtor and Debtor-in-Possession
                                 Tripath Technology, Inc.

64011-0001/LEGAL13587594.1        -2-        NOTICE OF ADDRESS CHANGE
Case: 07-50358    Doc# 220    Filed: 09/24/07    Entered: 09/24/07 17:14:23    Page 2 of 2