The following constitutes
the order of the court. Signed January 14, 2008

_____
Marilyn Morgan
U.S. Bankruptcy Judge
_____

Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and Debtor-in-Possession
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter: Chapter 11 |

**ORDER APPROVING AND DENYING SECOND INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS**

THIS MATTER came before the Court for hearing on January 8, 2008, appearances having been noted on the record, the Court having read and considered the Second Interim Fee Application of Perkins Coie LLP for Payment of Attorney Fees and Costs (the "Second Application") for the period from July 1 through October 31, 2007. No objections were filed with respect to the Second Application. After due deliberation and being fully advised in the premises, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The fees and costs sought in the Second Application are hereby reduced and approved and allowed as follows, with all amounts not approved being without prejudice to the

right of the applicant to file such supplemental materials as it may wish with respect to requested compensation or otherwise respond to the reductions directed by the Court. In the event such supplemental materials are filed, the Court will consider those materials and issue one or more separate orders.

    A. A number of entries for time recorded by legal assistant Mary Lou Maag appear to record activities that are clerical in nature and therefor not compensable. Those time entries are dated July 2, 12, 19 and 26; August 9; September 1, 5, 12 and 24; and October 10, 11 and 22. The total reduction for the foregoing entries is $1,360.

    B. The August 13 time entry for legal assistant Corina Rachina also appears to record activities that clerical in nature, as well as "clumping." For this entry the Court will deduct a total of $75.

    C. There are entries for intra-office conferences on August 6, 8, 27 and 29. Absent explanation for the necessity of these intra-office conferences, compensation for these entries totaling $1,008 is not approved at this time.

    D. Time entries attributed to preparation of fee applications exceed the Court's 5% guideline and the Court hereby reduces the amount of compensation allowed under this category by $2,529.

    E. Time entries totaling $1008 on August 2, September 12, September 14 and October 7 use the term "attention to" without providing sufficient explanation or information concerning the legal services provided. These entries therefore lack sufficient detail to be allowed at this time.

2. Perkins Coie seeks $44,889 in fees for services performed with respect to potential litigation that may be undertaken on behalf of the estate. Related time entries include substantial time reviewing documents and an August 24, 2007 entry concerning the drafting a memorandum by J. Nickovich analyzing certain issues related to this potential litigation. Counsel for the Debtor may submit, under seal for the Court's *in camera* review, a copy of the memorandum to assist the Court in determining allowable fees pursuant to the Second Fee Application. Neither submission

of the memorandum nor the Court's review thereof shall in any way prejudice or constitute waiver or result in forfeiture of any applicable attorney client privilege or attorney work product protection in any fashion and all such privileges and doctrines are expressly preserved as if no submission or review had taken place. The Court will issue a separate order following review of the memorandum.

3. The Second Application is approved on an interim basis in the amounts of $109,709.50 for fees and $5,552.92 for expenses. The Debtor is authorized and directed to make payment to Perkins Coie in the total amount of one hundred fifteen thousand, two hundred sixty-two dollars and forty-two cents ($115,262.42). All fees requested in the Second Application not approved herein are denied without prejudice.

*** END OF ORDER ***

# COURT SERVICE LIST

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov

Richard C. Hermerding
OLIVO-CPA
1376 North Fourth Street Suite 202
San Jose, CA 95112
Telephone: 408-441-6600
Facsimile: 408-441-6601
Olivocpa@olivo.com