UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

TRIPATH TECHNOLOGY, INC.,

Debtor.

Case No. 07-50358 (MM)

Chapter 11

# NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, (II) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, AND (III) RELATED BAR DATES

**PLEASE TAKE NOTICE** that on February 8, 2007 (the "Petition Date"), Tripath Technology, Inc., (the "Debtor") filed with the United States Bankruptcy Court for the Northern District of California, San Jose Division (the "Court") a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").[1]

**PLEASE TAKE FURTHER NOTICE** that on February 1, 2008, the Court entered an Order (the "Confirmation Order") confirming the Third Amended Plan of Reorganization Dated December 20, 2007 (the "Plan") [Docket No. 305].

**PLEASE TAKE FURTHER NOTICE** that (a) as of the date hereof, all conditions precedent to the Effective Date of the Plan have been satisfied or waived, and (b) for all purposes, the Effective Date is and shall be April 22, 2008.

## DISBURSING AGENT

**PLEASE TAKE FURTHER NOTICE** that Richard C. Hermerding has been appointed as the Disbursing Agent under the Plan and Confirmation Order.

The Disbursing Agent's contact information is:

> Richard C. Hermerding
> OLIVO-CPA
> 1376 North Fourth Street Suite 202
> San Jose, CA 95112
> Telephone: 408-441-6600
> Facsimile: 408-441-6601
> Olivocpa@msn.com

## ADMINISTRATIVE EXPENSE CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, **June 23, 2008 at 4:00 p.m. (Prevailing Pacific Time)** has been established as the last date and time for the

---

[1] Capitalized terms not defined herein shall have the same meaning as provided in the Plan.

filing of requests for the allowance of Administrative Expense Claims (other than those relating to professional fees, as to which the deadline for filing is referred to below) (the "Administrative Expense Claims Bar Date"). All requests for the allowance of an Administrative Expense Claim shall be filed with the Court and served on those persons entitled to receive notice pursuant to Federal Rule of Bankruptcy Procedure 2002, and in accordance with other applicable local rules.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan and the Confirmation Order, each Person who holds or asserts an Administrative Expense Claim against or relating to the Debtor under any section of the Bankruptcy Code, including, without limitation, sections 365, 503(b), 507(a), for any alleged obligation or liability of the Debtor whatsoever, must File with the Court an application or request for the allowance of such Administrative Expense Claim on or before **June 23, 2008 at 4:00 p.m. (Prevailing Pacific Time)**.

**PLEASE TAKE FURTHER NOTICE THAT THERE ARE SEVERE CONSEQUENCES IF YOU DO NOT TIMELY FILE YOUR REQUEST FOR THE ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM. ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM WHO FAILS TO FILE AN APPLICATION OR REQUEST ON OR BEFORE THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE SHALL BE FOREVER BARRED FROM ASSERTING THAT CLAIM AGAINST THE DEBTOR OR ITS RESPECTIVE PROPERTY, AND SHALL NOT BE TREATED AS THE HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM FOR PURPOSES OF PARTICIPATING IN ANY DISTRIBUTION UNDER THE PLAN.**

### DEADLINE TO FILE FEE APPLICATIONS

**PLEASE TAKE FURTHER NOTICE** that any and all professional persons with Administrative Expense Claims relating to fees and expenses in connection with the Case shall File and serve all applications for final allowance of fees and expenses no later than **July 21, 2008 at 4:00 p.m. (Prevailing Pacific Time)** (the "Fee Application Filing Deadline"). Such applications must be Filed with the Court and served on those persons entitled to receive notice pursuant to Federal Rule of Bankruptcy Procedure 2002, and in accordance with other applicable local rules.

**ANY PROFESSIONAL WITH AN ADMINISTRATIVE EXPENSE CLAIM WHO FAILS TO FILE AN APPLICATION BY JULY 21, 2008 AT 4:00 P.M. (PREVAILING PACIFIC TIME) SHALL BE FOREVER BARRED FROM SEEKING AND OBTAINING COMPENSATION AND REIMBURSEMENT FOR ITS SERVICES AND DISBURSEMENTS.**

### FILING OF REJECTION DAMAGE CLAIMS

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII of the Plan, all executory contracts or unexpired leases not assumed and assigned pursuant to the Plan are deemed rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Disbursing Agent requests that all Proofs of Claim with respect to Claims arising from the rejection of any executory contract or

unexpired lease (each a "Rejection Damage Claim") be Filed with the Court **on or before June 23, 2008 at 4:00 p.m. (Prevailing Pacific Time)** (the "**Rejection Damage Claim Bar Date**").

**PLEASE TAKE FURTHER NOTICE THAT THERE MAY BE SEVERE CONSEQUENCES IF YOU DO NOT TIMELY FILE A REJECTION DAMAGE CLAIM. ANY HOLDER OF A REJECTION DAMAGE CLAIM WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE JUNE 23, 2008 AT 4:00 P.M. (PREVAILING PACIFIC TIME) MAY BE FOREVER BARRED FROM ASSERTING THAT CLAIM AGAINST THE DEBTOR OR ITS PROPERTY, AND MAY NOT BE TREATED AS THE HOLDER OF A CLAIM FOR PURPOSES OF PARTICIPATING IN ANY DISTRIBUTION UNDER THE PLAN.**

## MISCELLANEOUS INFORMATION

**PLEASE TAKE FURTHER NOTICE** THAT THE PLAN AND CONFIRMATION ORDER CONTAIN OTHER PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Confirmation Order is enclosed herewith.

Respectfully submitted,

**DUANE MORRIS LLP**
A. Ron Oliner, Esq. (SBN 152373)
Suite 2000
One Market, Spear Tower
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Mikel R. Bistrow, Esq. (SBN 102978)
101 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
*Attorneys for the Reorganized Debtor*

By: _____

Dated: April 25, 2008
San Diego, , California