Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of
Debtor and Debtor-in-Possession
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter 11 |

**NOTICE OF CHANGE OF ADDRESS
FOR DEBTOR TRIPATH TECHNOLOGY, INC.**

PLEASE TAKE NOTICE that effectively immediately the address and further contact information for Tripath Technology, Inc., the debtor herein, is as follows:

Post-Effective Date Estate of Tripath Technology, Inc.
Richard C. Hermerding, Disbursing Agent
6227 Drifter Drive
San Jose, CA 95123
Phone: (408)224-9730
Email: Hermerding@msn.com

The Clerk of Court is requested to make the foregoing address change on the docket and all parties are requested to take appropriate steps to update their records accordingly.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 12, 2008 | /s/ Bruce G. MacIntyre, WA Bar No. 18984 |
| 3 | | BMacIntyre@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4800 |
| 4 | | Seattle, WA 98101-3099<br>Telephone: 206.359.8000 |
| 5 | | Facsimile: 206.359.9000 |
| 6 | | Ed Wes, CA Bar No. 180252<br>EWes@perkinscoie.com |
| 7 | | **Perkins Coie LLP**<br>101 Jefferson Drive |
| 8 | | Menlo Park, CA 94025-1114<br>Telephone: 650.838.4300 |
| 9 | | Facsimile: 650.838.4350 |
| 10 | | Attorneys for Post-Effective Date Estate of<br>Tripath Technology, Inc. |