

The following constitutes
the order of the court. Signed September 23, 2008

_Marilyn Morgan_
**Marilyn Morgan
U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter: 11 |

**ORDER GRANTING THE ESTATE'S APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL FOR D&O LITIGATION**

This Court, having considered the request (the "Request") filed by the Post Effective Date Estate of Tripath Technology, Inc., the debtor in the above-referenced chapter 11 bankruptcy case (the "Estate" or "Debtor"), for entry of an order by default granting the Estate's Application to Employ Special Litigation Counsel For D&O Litigation (the "Application"), and the Declaration of Bruce G. MacIntyre in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Estate's Application to employ George S. Trevor and Robert A. Jigarjian as special litigation counsel for D&O litigation as proposed in the Application is granted;

AND IT IS FURTHER ORDERED that the Attorneys' Retainer Agreement attached to the Application is approved.

** END OF ORDER **

# COURT SERVICE LIST

| | |
|---|---|
| Bruce G. MacIntyre, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue, 40th Floor<br>Seattle, WA 98101-3099<br>Telephone: 206-359-8000<br>Facsimile: 206-359-9000<br>BMacIntyre@perkinscoie.com | Sarah D. Moyed<br>Bankruptcy Counsel<br>U S. Securities and Exchange Com'n<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Telephone: 323-965-3896<br>Facsimile: 353-965-4530<br>moyeds@sec.gov |
| Office of the U.S. Trustee<br>280 South First Street<br>San Jose, California 95113<br>Telephone: 408-535-5525<br>Facsimile: 408-535-5532 | Richard C. Hermerding<br>OLIVO-CPA<br>1376 North Fourth Street Suite 202<br>San Jose, CA 95112<br>Telephone: 408-441-6600<br>Facsimile: 408-441-6601<br>Olivocpa@olivo.com |

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001