**The following constitutes
the order of the court. Signed March 20, 2009**

*Marilyn Morgan*

**Marilyn Morgan
U.S. Bankruptcy Judge**

1 Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com

2 **Perkins Coie LLP**
1201 Third Avenue, Suite 4800

3 Seattle, WA 98101-3099
Telephone: 206.359.8000

4 Facsimile: 206.359.9000
*Pro hac vice*

5

Ed Wes, CA Bar No. 180252

6 EWes@perkinscoie.com

7 **Perkins Coie LLP**
101 Jefferson Drive

7 Menlo Park, CA 94025-1114
Telephone: 650.838.4300

8 Facsimile: 650.838.4350

9

Attorneys for the Post-Effective Date Estate of

10 Tripath Technology, Inc.

11 UNITED STATES BANKRUPTCY COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 SAN JOSE DIVISION

14

15 In re

16 TRIPATH TECHNOLOGY. INC.,

17 Debtor.

CASE NO. 07-50358 (MM)

Chapter 11

18

19 **ORDER APPROVING FIFTH INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS**

20 THIS MATTER came before the Court for hearing on March 18, 2009 and

21 appearances were noted on the record. The Court has read and considered the Fifth Interim Fee

22 Application of Perkins Coie LLP for Payment of Attorney Fees and Costs (the "Fifth

23 Application") for the period from July 1, 2008 through December 31, 2008. No objections were

24 filed with respect to the Fifth Application. After due deliberation and being fully advised in the

25 premises, and good cause appearing therefore,

26 **IT IS HEREBY ORDERED** that the Application is APPROVED as filed and the

27 Debtor is authorized and directed to make payment to Perkins Coie LLP in the amount of forty-

28

1    six thousand, nine hundred thirty dollars ($46,930.00) for fees, and costs in the amount of one

2    thousand, eight hundred fifteen dollars and thirty-eight cents ($1,815.38), for a total interim

3    award of forty-eight thousand, seven hundred forty-five dollars and thirty-eight cents

4    ($48,745.38).

5

6                                    ***  END OF ORDER  ***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 07-50358    Doc# 533    Filed: 03/20/09    Entered: 03/20/09 15:50:52    Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Bruce G. MacIntyre, Esq. |
| 3 | Perkins Coie LLP |

**COURT SERVICE LIST**

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov

Richard C. Hermerding
OLIVO-CPA
1376 North Fourth Street Suite 202
San Jose, CA 95112
Telephone: 408-441-6600
Facsimile: 408-441-6601
Olivocpa@olivo.com

ORDER APPROVING
FIFTH INTERIM FEE APPLICATION

64011-0007/LEGAL15584291.1

Case: 07-50358    Doc# 533    Filed: 03/20/09    Entered: 03/20/09 15:50:52    Page 3 of 3