<sup></sup>

<sup></sup>

Bruce G. MacIntyre, *Pro hac vice*, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter 11<br><br>[No hearing required unless requested pursuant to Bankruptcy Local Rule 9014-1(b)(3)] |

**NOTICE AND OPPORTUNITY FOR HEARING REGARDING
DEBTOR'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT
PURSUANT TO BANKRUPTCY RULE 9019 (Kord Enterprises)**

PLEASE TAKE NOTICE that the Post-Effective Date Estate of Tripath Technology, Inc., ("Tripath" or the "Estate"), has filed a Motion For Approval of Compromise and Settlement Pursuant To Bankruptcy Rule 9019 (the "Motion") resolving the claim ("Claim No. 36") against the Estate filed by the Kord Enterprises ("Kord") in the amount of $9,061.95 (the "Settlement Amount"). Under the proposed settlement, Kord will withdraw Claim No. 36 and refund Tripath the amount of $4,500 from the security deposit; Tripath will dismiss the adversary proceeding against Kord, No. 08-05065; and Kord and Tripath waive and relinquish all other claims and causes of action against each other, effective upon Tripath's receipt of the Settlement Amount.

PLEASE TAKE FURTHER NOTICE that a complete copy of the Motion is on file with

<sub></sub>

64011-0021/LEGAL15638983.1

NOTICE AND OPPORTUNITY
FOR HEARING

<sub>Case: 07-50358    Doc# 536    Filed: 03/25/09    Entered: 03/25/09 11:10:06    Page 1 of 2</sub>

the Court and can be obtained from the Clerk of the Court, the Court's ECF/PACER website, or by making a written request to Perkins Coie, whose contact information appears above.

PLEASE TAKE FURTHER NOTICE that Rule 9014-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed for objecting to the Motion. If you object to the Motion, you must follow the procedures outlined in Local Rule 9014-1:

(a) Within 20 days of the date of this Notice, you must file[1] with the Clerk of the United States Bankruptcy Court, Room 3035, 280 South First Street, San Jose, California 95113, an objection to the Motion and/or a request for hearing on the Motion, together with any declarations and memoranda of law you wish to present in support of your position, and serve such documents on counsel for the Estate: Bruce G. MacIntyre, Esq., Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099. Copies of the documents must also be served on the United States Trustee, Attn: John Wesolowski, 280 South First Street, Room 268, San Jose, California 95113, and on all other parties requesting special notice in this case.

(b) If no timely objection or request for hearing is filed and served, the Court may enter an order granting by default the relief requested in the Motion.

(c) If an objection or a request for hearing is timely filed and served, the Estate will obtain the date and time of hearing and will give at least 10 days written notice of the hearing to the objecting party. If the objection raises issues of fact, the first scheduled hearing will be a status conference at which the Bankruptcy court may rule on any matters of law presented by the parties.

DATED: March 25, 2009

/s/ Bruce G. MacIntyre
Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of Tripath Technology, Inc.

---

[1] Any party requesting a hearing on the Motion should be aware of the Court's electronic filing procedures.

64011-0021/LEGAL15638983.1 -2- NOTICE AND OPPORTUNITY FOR HEARING

Case: 07-50358    Doc# 536    Filed: 03/25/09    Entered: 03/25/09 11:10:06    Page 2 of 2