Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Pro hac vice*

Edward Wes, CA Bar No. 78551
EdWes@perkinscoie.com
Gabriel Liao, Bar No. 205897
GLiao@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 07-50358 MM |
| TRIPATH TECHNOLOGY. INC., | CHAPTER 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

CONSTANCE O'LAGUE states as follows:

1. I am a legal secretary at the law firm of Perkins Coie LLP, attorneys of record for Tripath Technology, Inc., the Debtor and the Post-Effective Date Estate of Tripath Technology, Inc. herein, have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. On the 25th day of March, 2009, I made arrangements for copies of the following documents:

- Notice and Opportunity for Hearing Regarding Debtor's Motion for Approval of Compromise and Settlement Pursuant to Bankruptcy Rule 9019 (Kord Enterprises); and

- Motion for Approval of Compromise and Settlement Pursuant to Bankruptcy Rule 9019 (Kord Enterprises)

to be served via U.S. Mail, postage prepaid on the following party:

> Kord Enterprises
> Javed I. Ellahie
> 12 South First Street, Suite 600
> PO Box 1638
> San Jose, CA 95113

Also, on the 25th day of March, 2009 I made arrangements for copies of the *Notice and Opportunity for Hearing Regarding Debtor's Motion for Approval of Compromise and Settlement Pursuant to Bankruptcy Rule 9019 (Kord Enterprises)* to be served via U.S. Mail, postage prepaid on the following parties:

| | |
|---|---|
| Richard C. Hermerding<br>Certified Management Accountant<br>Certified Financial Manager<br>6227 Drifter Drive<br>San Jose, CA 95123 | Karol K. Denniston<br>DLA Piper US LLP<br>550 S. Hope St., Ste. 2300<br>Los Angeles, CA 90071 |
| John G. McJunkin<br>J. David Folds<br>DLA Piper US LLP<br>1775 Wiehle Ave, Ste 400<br>Reston, VA 20190-5159 | IKON Financial Services<br>Attn: Bankruptcy Admin.<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Sharon L. Levine<br>S. Jason Teele<br>Lowenstein Sandler<br>65 Livingston Ave<br>Roseland, NJ 07068 | |

////

1   I certify under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Signed and dated at Seattle, Washington this 25th day of March, 2009.

                                    /s/  Constance O'Lague
                                    Constance O'Lague

CERTIFICATE OF SERVICE
64011-0021/LEGAL15642751.1
-3-

Case: 07-50358   Doc# 537   Filed: 03/25/09   Entered: 03/25/09 14:29:37   Page 3 of 3