**Entered on Docket**
**April 24, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes**
**the order of the court. Signed April 24, 2009**

_Marilyn Morgan_
**Marilyn Morgan**
**U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter 11 |

**ORDER APPROVING THE COMPROMISE AND SETTLEMENT BETWEEN TRIPATH AND KORD ENTERPRISES**

THIS MATTER came before the Court on the Motion of the Post-Effective Date Estate of Tripath Technology, Inc. ("Tripath" or the "Estate") for Approval of Compromise and Settlement Pursuant to Bankruptcy Rule 9019 (Kord Enterprises) (the "Motion"). The proposed settlement concerns the refund of a security deposit paid by Tripath to Kord Enterprises ("Kord") and Kord's filed claim against the Estate (Claim No. 36). The Court having reviewed the Motion, the Request for Entry of Default Order, the Declaration of Bruce G. MacIntyre in support thereof and Exhibits A through C thereto, and the files and records in this case, being fully advised in the premises, and good cause appearing therefor,

    A.    IT IS HERE BY ORDERED that the Motion is granted;

    B.    AND IT IS FURTHER ORDERED that the Settlement Amount is approved and Kord is directed to pay the Settlement Amount to Tripath within three days of the entry of this Order;

1    C.    AND IT IS FURTHER ORDERED that Kord's Claim No. 36 is hereby deemed
2 irrevocably withdrawn, waived and expunged effective immediately;
3    D.    AND IT IS FURTHER ORDERED that the trial date of May 12, 2009 in
4 adversary proceeding No. 08-05065 is hereby stricken.

** END OF ORDER **

# COURT SERVICE LIST

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov

Richard C. Hermerding
OLIVO-CPA
1376 North Fourth Street Suite 202
San Jose, CA 95112
Telephone: 408-441-6600
Facsimile: 408-441-6601
Olivocpa@olivo.com

Javed Ellahie
The Ellahie Law Firm
12 S. First St., Suite 600
San Jose, CA 95113
Telephone: 408-294-0404
Facsimile: 408-294-5569
ellahie@gmail.com