The following constitutes
the order of the court. Signed July 31, 2009

*Marilyn Morgan*
**Marilyn Morgan
U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter: 11 |

**ORDER GRANTING THE ESTATE'S APPLICATION TO AUTHORIZE EMPLOYMENT OF ADAM WERNER TO PROVIDE VALUATION SERVICES**

This Court, having considered the request (the "Request") filed by the Post Effective Date Estate of Tripath Technology, Inc., the debtor in the above-referenced chapter 11 bankruptcy case (the "Estate" or "Debtor"), for entry of an order by default granting the Estate's Application to Authorize Employment of Adam Werner to Provide Valuation Services (the "Application"), and the Declaration of Bruce G. MacIntyre in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Estate's Application to employ Adam Werner to provide valuation services as proposed in the Application is granted;

AND IT IS FURTHER ORDERED that the Attorneys' Retainer Agreement attached to the Application is approved.

** END OF ORDER **

# COURT SERVICE LIST

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov

Richard C. Hermerding
OLIVO-CPA
1376 North Fourth Street Suite 202
San Jose, CA 95112
Telephone: 408-441-6600
Facsimile: 408-441-6601
Olivocpa@olivo.com

George S. Trevor, Esq.
Pearson Simon Warshaw Penny, LLP
44 Montgomery St., Suite 1430
San Francisco, CA 94104
Telephone: 415-433-9000
Facsimile: 415-433-9008
gtrevor@pswplaw.com