Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (MM)<br><br>Chapter 11<br><br>[No hearing required] |

**NOTICE OF INTENT TO PAY FEES AND EXPENSES
OF RICHARD C. HERMERDING, DISBURSING AGENT**

PLEASE TAKE NOTICE that Richard C. Hermerding, the Disbursing Agent under the debtor's confirmed plan of reorganization (the "Confirmed Plan"), hereby submits his invoice for fees for the month ending August 31, 2009 in the amount of $1,728.00, and expenses in the amount of $446.51, for a **total of $2,174.51.** A detailed invoice is attached as Exhibit 1. The Disbursing Agent has previously submitted the following invoices:

| | | | | | |
|---|---:|---|---:|---|---:|
| April 2008 | $2,598.16 | Oct. 2008 | $1,367.82 | Apr. 2009 | $560.00 |
| May 2008 | $2,345.89 | Nov. 2008 | $691.50 | May 2009 | $1,835.80 |
| June 2008 | $694.10 | Dec. 2008 | $798.66 | June 2009 | $2,679.75 |
| July 2008 | $2,528.56 | Jan. 2009 | $1,104.00 | July 2009 | $754.40 |
| Aug. 2008 | $1,139.80 | Feb. 2009 | $892.65 | | |
| Sept. 2008 | $1,609.61 | Mar. 2009 | $256.00 | | |

No objections were received to these invoices, and payment has been made pursuant to Paragraph

6.9(e) of the Confirmed Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 6.9(e) of the debtor's Confirmed Plan, "If no objection with respect to such invoice is filed with the Bankruptcy Court and served upon the Disbursing Agent and the United States Trustee within twenty (20) days following the service of such invoice(s), then the invoice(s) may be paid without further notice. If an objection is made, the claimant shall be entitled to apply to the Court for allowance of its fees and expenses and, upon entry of an order of the Bankruptcy Court authorizing payment, the Disbursing Agent shall make such payment."

PLEASE TAKE FURTHER NOTICE that if you object to payment of the attached invoice, within 20 days of the date of this Notice, you must file[1] with the Clerk of the United States Bankruptcy Court, Room 3035, 280 South First Street, San Jose, California 95113, an objection to such payment, together with any declarations and memoranda of law you wish to present in support of your position, and serve such documents on counsel for Disbursing Agent, Bruce G. MacIntyre, Esq., Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099. Copies of the documents must also be served on the United States Trustee, Attn: John Wesolowski, 280 South First Street, Room 268, San Jose, California 95113, and on all other parties requesting special notice in this case. If there is no timely objection and/or request for hearing filed and served, the Disbursing Agent is authorized to issue payment of the attached invoice without further notice.

DATED: September 8, 2009

By: /s/ Bruce G. MacIntyre
Bruce G. MacIntyre, WA Bar No. 18984
Brian A. Jennings, WA Bar No. 32509
BMacIntyre@perkinscoie.com
BJennings@perkinscioe.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of Tripath Technology, Inc.

---

[1] Any party requesting a hearing on payment of this invoice should be aware of the Court's electronic filing procedures.

EXHIBIT 1
(See attached)

OLIVO - CPA
Richard C. Hermerding*
MBA, MAIA, MSIS, CMA, CFM, CFE, CFS
Senior Principal
1376 N. Fourth St. Suite 202, San Jose, CA 95112
408-441-6600 Office •408-441-6605 •Direct 408-441-6601 Fax
http://www.Olivocpa.com
http://www.myhdvest.com/OlivoCPA
Email: OlivoCPA@msn.com
CA Insurance License 0C74452

September 2, 2009  Invoice No: Tripath 17

In re the Bankruptcy of Tripath Technology, Inc.
6227 Drifter Drive
San Jose, CA 95123

## INVOICE

For Services Through 8/31/2009 in connection with the Following:

| | |
|---|---:|
| Sub-total for Services | 1,728.00 |
| Sub-total for Hotel (Napa) | 256.48 |
| Sub-total for Meals | 66.43 |
| Sub-Total for Mileage | 117.70 |
| Sub-Total for Printing/Coping | 5.90 |
| Total Due This Invoice | 2,174.51 |

### SEE SUPPORTING WORKSHEET-ATTACHED

**Invoice Payable to**

**Richard C. Hermerding**
**1376 N. 4th St. Suite 202**
**San Jose, CA 95112**

### This invoice is for current charges only through August 31, 2009

*Securities offered through H.D. Vest Investment Services^SM, Member SIPC. Advisory services offered through H.D. Vest Advisory Services^SM, Non-bank subsidiaries of Wells Fargo & Company
6333 N. State Highway 161, Fourth Floor, Irving, Texas 75038 · (972) 870-6000

Print Date= **Tripath Technology, Inc**
September 5, 2009 Supporting Worksheet for Invoice Tripath No 17 - August 2009

| | | Per Hour | | | | Mileage Rate | | |
|---|---|---|---|---|---|---|---|---|
| Date | Hours | $ 160.00 | Description | Other and Mileage | $ 0.550 | Sub-Total | Total |
| 08/11/09 | 1.30 | $ 208.00 | Emails to and from Litigation Attorneys. (.2) Review of Draft of Filing. (1.1) | No Mileage | - | $ - | $ 208.00 |
| 08/13/09 | 0.20 | $ 32.00 | Emails to and from Litigation Attorneys. (.2) | No Mileage | - | $ - | $ 32.00 |
| 08/14/09 | 0.20 | $ 32.00 | Emails to and from Litigation Attorneys. (.2) | No Mileage | - | $ - | $ 32.00 |
| 08/18/09 | 0.60 | $ 96.00 | Review of Defendant's Filing and Review of Plantiff's Final filing. | No Mileage | - | $ - | $ 96.00 |
| 08/19/09 | 1.60 | $ 256.00 | Telecon with Litigation Attorney's on Status of prepartion for Mediation. Questions, Review of Exhibits to be presented on Aug 24, 2009 at mediation. | No Mileage | - | $ - | $ 256.00 |
| 08/23/09 | | $ - | Hotel for Mediation - Rutherford, CA One Night Sunday August 23, 2009 | Rancho Caymus | - | $ 256.48 | $ 256.48 |
| 08/23/09 | | | | Dinner Napa, CA | Rutherford Grill Napa, CA | $ 40.55 | $ 40.55 |
| 08/24/09 | 6.90 | $ 1,104.00 | Mediation in Rutherford (Napa), CA | San Jose/Rutherford (Napa) Round Trip | 214.0 | $ 117.70 | $ 1,221.70 |
| 08/24/09 | | | | Dinner Napa, CA | Rutherford Grill Napa, CA | $ 25.88 | $ 25.88 |
| 08/24/09 | 2.50 | | NOT BILLED (OVER BUDGETED AMOUNT)- Rutherford, CA | | | | |
| | | | TOTAL | | 214.0 | $ 440.61 | $ 2,168.61 |
| | | | Printing | | | | |
| | | | Pages | | 43.0 | $ 0.10 | $ 4.30 |
| | | | Copies | | 16.0 | $ 0.10 | $ 1.60 |
| | | | | | | | $ 5.90 |
| | | | Total of Above | | | | $ 2,174.51 |
| | | | | | | | 09/05/09 |

Disbursement Agent
Richard C. Hermerding
6227 Drifter Drive
San Jose, CA 95123

$ 1,728.00 Total Hours on this Invoice
13.30 Total Hours on this Invoice
139.20 Previous Hours Billed
152.50 Total Hours to Date
150.00 Total - Budgeted Authorized Hours
- Remaining Hours
2.50 Not Billed-Over Budget

Tripath Techology 2009 Invoice 17 August 2009.xls 1 of 1

Case: 07-50358    Doc# 572    Filed: 09/08/09    Entered: 09/08/09 12:13:01    Page 5 of 5