Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Edward Wes, CA Bar No. 78551
EdWes@perkinscoie.com
Gabriel Liao, Bar No. 205897
GLiao@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 MM<br><br>CHAPTER 11 |

**CERTIFICATE OF SERVICE**

JOAN ALLEN states as follows:

1. I am a legal secretary at the law firm of Perkins Coie LLP, attorneys of record for Tripath Technology, Inc., the Debtor and the Post-Effective Date Estate of Tripath Technology, Inc. herein, have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. On the 20th day of September 2010, I made arrangements for copies of the *Notice of Intent to Pay Fees and Expenses of Gary Sawka for Services Rendered to the Disbursing Agent* to be served via U.S. Mail, postage prepaid on the following parties:

| | |
|---|---|
| IKON Financial Services<br>Attn: Bankruptcy Administration<br>1738 Bass Rd.<br>P.O. Box 13708<br>Macon, GA 31208-3708 | ENABLE GROWTH PARTNERS, LC<br>c/o Sharon L. Levine<br>Lowenstein Sandler<br>65 Livingston Ave.<br>Roseland, NJ 07068 |
| Sharon L. Levine, Esq.<br>S. Jason Teele, Esq.<br>Lowenstein Sandler, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Macnica USA, Inc.<br>c/o Roger Royse<br>Royse Law Firm, PC<br>2600 El Camino Real, Suite 110<br>Palo Alto, CA 94306 |
| David S. Rajpurohit<br>629 Grove St.<br>Ridgewood, NJ 07450 | Santa Clara County Tax Collector<br>c/o Tax Collector, County of Santa Clara<br>Attn: Deborah Nichols<br>70 W. Hedding St. 6th Fl E Wing<br>San Jose, CA 95110-1767 |
| Gary M. Sawka<br>Tripath Technology, Inc.<br>46520 Fremont Blvd., Suite 610<br>Fremont, CA 94538 | Naresh Sharma<br>45797 Bridgeport Dr.<br>Fremont, CA 94539 |
| Michael J. Steiner, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Richard P. Toister<br>10480 SW 96th Terrace<br>Miami, FL 33176 |
| George S. Trevor<br>Pearson, Simon, Warshaw and Penny<br>44 Montgomery St. #2450<br>San Francisco, CA 94104 | Richard Hermerding<br>c/o George S. Trevor<br>Pearson, Simon, Warshaw and Penny<br>44 Montgomery St. #2450<br>San Francisco, CA 94104 |
| Nortel Networks, Inc.<br>Amy E. Wallace<br>DLA Piper Rudnick Gray Cary US LLP<br>2000 University Ave.<br>East Palo Alto, CA 94303 | Washington Legal Messengers, Inc.<br>2225 4th Ave., Suite B<br>Seattle, WA 98121 |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed and dated at Seattle, Washington this 20th day of September, 2010.

/s/ Joan Allen
Joan Allen

CERTIFICATE OF SERVICE
64011-0007/LEGAL19201247.1
-3-