Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Edward Wes, CA Bar No. 78551
EdWes@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and Debtor-in-Possession
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 07-50358 (CN) |
| TRIPATH TECHNOLOGY, INC., | Chapter: 11 |
| Debtor. | [No Hearing Set – Bankruptcy Local Rule 9014-1(b)(3)] |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING DEBTOR'S MOTION OF POST-EFFECTIVE DATE ESTATE FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY PURSUANT TO 11 U.S.C. 544 AND THE EXPENDITURE OF ESTATE FUNDS IN CONNECTION THEREWITH**

TO THE HONORABLE CHARLES NOVAK, UNITED STATES BANKRUPTCY JUDGE:

Tripath Technology, Inc. ("Tripath" or "Debtor"), the debtor and debtor in possession in this case, hereby submits this Request For Entry of Order By Default Granting Debtor's Motion of Post-Effective Date Estate for an Order Authorizing Abandonment of Property (the "Request"). In support of the Request, the Debtor states as follows:

1. On March 4, 2011, Debtor filed its Motion of Post-Effective Date Estate for an Order Authorizing Abandonment of Property (the "Motion"). A true and correct copy of the Motion and the supporting Declaration of Richard C. Hermerding in Support of Debtor's Motion to Abandon Property of the Estate (the "Hermerding Declaration") are attached as Exhibit A to the Declaration of Bruce G. MacIntyre filed herewith (the "MacIntyre Declaration").

2. On March 4, 2011, Debtor filed and served (a) its Notice and Opportunity for Hearing on the Motion (the "Notice"), and on March 7, Debtor filed two Certificates of Service (the "Certificates") with respect to the Motion, Hermerding Declaration and Notice. True and correct copies of the Notice and the Certificates are attached as Exhibits B and C to the MacIntyre Declaration filed herewith.

3. It has been more than twenty-one days since the Motion, Notice and Hermerding Declaration were filed and served. Prior to drafting this Request, Debtor's counsel checked its files and the Court's on-line docket. To date, no response or objection to the Motion and no request for hearing regarding the Motion has been received by Debtor's counsel or filed with the Court.

4. This Request is made pursuant to Bankruptcy Local Rule 9014-1(b)(1) and is based on the Motion, the Notice, the Hermerding Declaration and the Certificates.

WHEREFORE the Debtor respectfully requests that the Court enter an order by default approving the Motion.

DATED: March 30, 2011

/s/ Bruce G. MacIntyre
Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

| | |
|---|---|
| 1 | Ed Wes, CA Bar No. 180252<br>EWes@perkinscoie.com |
| 2 | Gabriel Liao, CA Bar No. 205897<br>GLiao@perkinscoie.com |
| 3 | **Perkins Coie LLP**<br>101 Jefferson Drive |
| 4 | Menlo Park, CA  94025-1114<br>Telephone:  650.838.4300 |
| 5 | Facsimile:  650.838.4350 |
| 6 | Attorneys for Debtor and Debtor-in-<br>Possession, Tripath Technology, Inc. |