Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Edward Wes, CA Bar No. 78551
EdWes@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and Debtor-in-Possession
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY, INC.,<br><br>        Debtor. | CASE NO. 07-50358 (CN)<br><br>Chapter: 11<br><br>NOTICE OF HEARING ON SEVENTH INTERIM FEE APPLICATION OF PERKINS COIE LLP<br><br>Hearing Date: July 19, 2011<br>Hearing Time: 2:00 p.m. |

      **PLEASE TAKE NOTICE THAT**: Perkins Coie, LLP who has been appointed by the Court to perform services for the estates, filed an application for interim compensation (the "Application") and copies of invoices with the Court on June 6, 2011.  By the Application, Perkins Coie is requesting an Order from the Court allowing, and authorizing the payment of, fees and expenses that have been billed but that have not yet been paid by Debtor .  Exhibit A sets

forth the amounts of fees and expenses being sought by Perkins Coie for the period from November 1, 2009 through April 30, 2011.

**NOTICE IS ALSO GIVEN** that a hearing to consider the approval of the application shall be held before the Honorable Charles Novack, United States Bankruptcy Judge, at the United States Courthouse, 280 South First Street, Courtroom 3070, San Jose, California 95113-3099, on **July 19, 2011 at 2:00 p.m. (prevailing Pacific time)**.

**The deadline for filing objections to the applications is <u>7 days prior to the hearing</u>.** Objections to the application must be filed with the United States Bankruptcy Court for the District of Northern California, San Jose Division, and served upon (i) the undersigned counsel for the Debtor; (ii) counsel for the United States Trustee; and (iii) all other parties who have requested special notice in this case, no later than seven days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be requested <u>in writing</u> from: Perkins Coie LLP, 1201 Third Avenue, Suite 4000, Seattle, WA 98101, ATTN: Mary Lou Maag, or mlmaag@perkinscoie.com, Phone (206) 359-3334, Fax (206) 359-4334.

**PLEASE TAKE FURTHER NOTICE** that as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California (the "Court") has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically you should consult the Court's web site (www.canb.uscourts.gov).

DATED: June 6, 2011

/s/ Bruce G. MacIntyre
Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and
Debtor-in-Possession,
Tripath Technology, Inc.

EXHIBIT A

| Professional | Employed By | Fees | Expenses | Total |
|---|---|---|---|---|
| Perkins Coie, LLP | Debtor | $15,287.50 | $310.27 | $15,597.77 |

64011-0007/LEGAL20778176.1 -1- EXHIBIT A TO NOTICE OF HEARING

Case: 07-50358    Doc# 602    Filed: 06/06/11    Entered: 06/06/11 12:17:33    Page 3 of 3