Bruce G. MacIntyre, *Pro hac vice*, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 07-50358 (CN) |
| TRIPATH TECHNOLOGY. INC., | Chapter 11 |
| Debtor. | [No hearing required unless requested pursuant to Bankruptcy Local Rule 9014-1(b)(3)] |

**NOTICE AND OPPORTUNITY FOR HEARING REGARDING DISBURSING AGENT RICHARD C. HERMERDING'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND FOR PAYMENT OF SPECIAL LITIGATION COUNSEL'S FEES AND LITIGATION COSTS**
**(Tripath Officers and Directors' Litigation)**

PLEASE TAKE NOTICE that Richard C. Hermerding (the "Disbursing Agent"), in his capacity as the Disbursing Agent of the Post-Effective Date Estate of Tripath Technology, Inc. ("Tripath" or the "Estate") has filed a Motion for Approval of Compromise and Settlement Pursuant to Bankruptcy Rule 9019 and for Payment of Special Litigation Counsel's Fees and Litigation Costs (the "Motion") regarding fees and costs expended and the settlement reached in the adversary proceeding brought against the former officers and directors of Tripath, Case No. 09-5004 (the "D&O Litigation").[1]

---

[1] Capitalized terms not defined herein shall have the same meaning as provided in the Motion.

Under the proposed Settlement Agreement, the officer and director Defendants (the "D&O Defendants") will pay the Estate $3,250,000 in full and complete settlement of the Estate's claims against the D&O Defendants, the Estate and D&O Defendants will exchange general and mutual releases, and the Disbursing Agent will request a dismissal with prejudice of all claims in D&O Litigation.

The Motion requests approval of disbursement of the $3,250,000 settlement amount as follows:

| | |
|---|---|
| Reimbursement of Litigation Costs to Debtor's Estate: | $       7,500.00 |
| Reimbursement of Litigation Costs to Special Counsel: | $   103,125.75 |
| Professional Fees to Special Litigation Counsel: | $1,129,599.76 |
| Net proceeds to Tripath Post-Effective Date Estate: | $2,009,774.49 |

PLEASE TAKE FURTHER NOTICE that a complete copy of the Motion is on file with the Court and can be obtained from the Clerk of the Court, the Court's ECF/PACER website, or by making a written request to Perkins Coie, whose contact information appears above.

PLEASE TAKE FURTHER NOTICE that Rule 9014-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed for objecting to the Motion. If you object to the Motion, you must follow the procedures outlined in Local Rule 9014-1:

(a) Within 20 days of the date of this Notice, you must file[2] with the Clerk of the United States Bankruptcy Court, Room 3035, 280 South First Street, San Jose, California 95113, an objection to the Motion and/or a request for hearing on the Motion, together with any declarations and memoranda of law you wish to present in support of your position, and serve such documents on counsel for the Estate: Bruce G. MacIntyre, Esq., Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099. Copies of the documents must also be served on the United States Trustee, Attn: John Wesolowski, 280 South First Street, Room 268, San Jose, California 95113, and on all other parties requesting special notice in this case.

(b) If no timely objection or request for hearing is filed and served, the Court may enter an order granting by default the relief requested in the Motion.

---

[2] Any party requesting a hearing on the Motion should be aware of the Court's electronic filing procedures.

1  (c)  If an objection or a request for hearing is timely filed and served, the Estate will obtain the date and time of hearing and will give at least 10 days written notice of the hearing to the objecting party. If the objection raises issues of fact, the first scheduled hearing will be a status conference at which the Bankruptcy court may rule on any matters of law presented by the parties.

DATED: June 15, 2011

/s/      Bruce G. MacIntyre
Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for the Post-Effective Date Estate of Tripath Technology, Inc.