Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Edward Wes, CA Bar No. 78551
EWes@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Post Effective Date Estate of
Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (CN)<br><br>CHAPTER 11 |

**CERTIFICATE OF SERVICE**

SUSAN LANNING states as follows:

1. I am a legal secretary at the law firm of Perkins Coie LLP, attorneys of record for Tripath Technology, Inc., the Post-Effective Date Estate of Tripath Technology, Inc. herein, have personal knowledge of the facts set forth herein and am competent to testify thereto.

On the 16th day of June, 2011, I made arrangements for copies of *NOTICE AND OPPORTUNITY FOR HEARING REGARDING DISBURSING AGENT RICHARD C.*

CERTIFICATE OF SERVICE
64011-0001/LEGAL21126975.1
-1-

1  *HERMERDING'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT*
2  *PURSUANT TO BANKRUPTCY RULE 9019 AND FOR PAYMENT OF SPECIAL LITIGATION*
3  *COUNSEL'S FEES AND LITIGATION COSTS (Tripath Officers and Directors' Litigation)* to be
4  served via U.S. mail, prepaid postage on the parties on attached Exhibit A.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed and dated at Seattle, Washington this 16th day of June, 2011.

/s/ Susan Lanning
Susan Lanning

Label Matrix for local noticing
0971-5
Case 07-50358
Northern District of California
San Jose
Wed Jun 15 16:04:55 PDT 2011

ASE Electronics (Malaysia) Sdn. Bhd.
3590 Peterson Way
Santa Clara, CA 95054-2816

Acharya, A.K.
1-26-12 Akebono-cho
Tachikawa-city
TOKYO
JAPAN 190-0012

Alcom Electronics NV/SA
Singel 3
B-2550 Kontich
BELGIUM

Aramark Uniform Services, Inc.
P.O. Box 28383
San Jose, CA 95159-8383

Assessor of Santa Clara County
Attn: Deborah Nichols
70 W. Hedding Street, 6th Fl, East Wing
San Jose, CA 95110-1767

Barko, Michael
34336 Cornwallis Ct.
Fremont, CA 94555-2335

Beyer Weaver & Thomas, LLP
POB 130
Attn: Joe Villeneuve
Mountain View, CA 94042-0130

Boothcrafters Inc.
2750 La Mirada Drive
Vista, CA 92081-8401

Business Wire
44 Montgomery St.
39th Floor
San Francisco, CA 94104-4812

2.B.Tronics Ltd.
10 Zarchin Street
Industrial Area
P.O. Box 2299
Ra'anana, Israel 43000-0000

AT & T
96075722675557
Payment Center
Sacramento, CA 95887-0001

Aetna USHC Dental Plan of California
Attn: Aetna Middletown
P.O. Box 601034
Los Angeles, CA 90060-1034

American Express
POB 360001
Fort Lauderdale, FL 33336-0001

Argo Partners
12 West 37th St 9th Fl
New York, NY 10018-7480

Asuncion, Jason
672 San Patricio Ave
Sunnyvale, CA 94085-3413

Bay Area Circuits, Inc.
575 Price Ave.
Redwood City, CA 94063-1410

Blue Shield of California
Installation & Membership - Group
P.O. Box 629014
El Dorado Hills, CA 95762-9014

Bose Corporation
The Mountain
Framingham, MA 01701

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

ASE (Korea), Inc.
3590 Peterson Way
Santa Clara, CA 95054-2816

AT & T (Internet Services)
P.O. Box 277019
Atlanta, GA 30384-7019

Alcom Electronics BV
Rivium 1e straat 52
2909 LE Capelle aan den IJssel
THE NETHERLANDS

Amidon, Inc.
American Cores & Electronics
P.O. Box 6122
Irvine, CA 92616-6122

Aspecs Oy
P.O. Box 75
Myyrmaentie 2A2
Vantaa, Finland 01601-0000

Ayare, Keshav
1439 Scollon Ct.
San Jose, CA 95132-2326

Beyer Weaver & Thomas, LLP
P.O. Box 130
Mountain View, CA 94042-0130

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

Bridge Bank, NA
55 Almaden Blvd
San Jose, CA 95113-1608

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

| | | |
|---|---|---|
| CES - Consumer Electronics Association<br>P.O. Box 759083<br>Baltimore, MD 21275-9083 | Cadence Design Systems, Inc.<br>Dept CH 10585<br>Palatine, IL 60055-0001 | Cadence Design Systems, Inc.<br>c/o Michael A. Mooney, Esq.<br>520 S El Camino Real #318<br>San Mateo, CA 94402-1716 |
| Cadense Design Systems, Inc.<br>Dept CH 10585<br>Palatine, IL 60055-0001 | Campbell, Rhett G.<br>Attorney for STMicroelectronics, Inc.<br>Thompson & Knight<br>333 Clay Street, Ste 3300<br>Houston, TX 77002-4499 | Canon Financial Services<br>P.O. Box 4004<br>Carol Stream, IL 60197-4004 |
| Canon Financial Services, Inc.<br>158 Gaither Dr. #200<br>Mt. Laurel, NJ 08054-1716 | Chang, His-Ming(Frank)<br>3571 Madison Common<br>Fremont, CA 94538-5421 | Chen, Szuhung (Sharon)<br>409 Crystalline Dr.<br>Fremont, CA 94539-6858 |
| Chicas, Guillermo<br>1330 Thornwall Ln.<br>Hayward, CA 94545-3146 | Chiu, Marshall<br>2175 31st Ave<br>San Francisco, CA 94116-1638 | Cintas First Aid & Safety<br>1625 Neptune Drive<br>San Leandro, CA 94577-3162 |
| Citistreet Smith Barney<br>One Heritage Drive<br>Attn: Gary Jenkins, General Counsel<br>Quincy, MA 02171-2105 | Clark, Randall<br>6434 Cottle Road<br>San Jose, CA 95123-5630 | Coffee to You, LLC<br>720 Aldo Avenue<br>Santa Clara, CA 95054-2210 |
| Comerica Bank - California<br>333 West Santa Clara Street<br>San Jose, CA 95113-1713 | Computershare<br>14257 Collection Center Drive<br>Chicago, IL 60693-0142 | Controller's Group Inc.<br>1901 S Bascom Ave, Ste 210<br>Attn: John Richter<br>Campbell, CA 95008-2207 |
| Corad Technology Inc.<br>3080 Olcott St.<br>Suite 202B<br>Santa Clara, CA 95054-3218 | Donald H. Cram III<br>Law Offices of Severson and Werson<br>1 Embarcadero #2600<br>San Francisco, CA 94111-3715 | Crane Pest Control<br>2700 Geary Blvd.<br>San Francisco, CA 94118-3498 |
| Credence Capital Corp.<br>5975 NW Pinefarm Place<br>Hillsboro, OR 97124-8563 | Credence Capital Corporation<br>1421 California Circle<br>Milpitas, CA 95035-3099 | Credence System Corporation<br>Dept # 33835<br>P.O. Box 39000<br>San Francisco, CA 94139-0001 |
| De La Cruz Deli Jr.<br>2585 N. First Street<br>San Jose, CA 95131-1003 | DeCelles, John<br>P.O. Box 18942<br>San Jose, CA 95158-8942 | Digi-Key Corp.<br>701 Brooks Ave. South<br>P.O. Box 677<br>Thief River Falls, MN 56701-0677 |
| ENABLE GROWTH PARTNERS, LP, AS AGENT<br>c/o Sharon L. Levine, Esq.<br>Lowenstein Sandler, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791 | Economic Development Department<br>900 Capitol Mall<br>Sacramento, CA 95814 | Eichler, David P.<br>132 Maybury Place<br>Woodside, CA 94062-2331 |

| | | |
|---|---|---|
| Elatec - Poland sp. z o.o.<br>ul T Kosciuszki 36<br>Krakow, Poland 30-105 | Elatec Hungary Ltd.<br>Igmandi u. 19<br>Budapest, Hungary H-1112 | Elatec Vertriebs GmbH<br>Hans-Stiessberg-Strasse 2a<br>Haar, Germany D-85540 |
| Elatec s.r.o.<br>Jiraskova 177/IV<br>566 01 Vysoke Myto<br>CZECH REPUBLIC | Elatec-BG Ltd.<br>Tzarigradsko Shosse 7-km<br>CIIT, 736 office<br>1113 Sofia<br>BULGARIA | Javed I. Ellahie<br>Ellahie and Farooqui LLP<br>12 S 1st St. #600<br>P.O. Box 1638<br>San Jose, CA 95109-1638 |
| Emec Electronics Pte. Ltd.<br>3, Ubi Ave 3<br>#03-02 Crocodile House<br>SINGAPORE 00040-8857 | Enable Growth Partners, LP as Agent<br>One Ferry Building, Suite 225<br>Suite 225<br>San Francisco, CA 94111-4202 | FIB USA, Inc.<br>2306 Walsh Ave.<br>Santa Clara, CA 95051-1301 |
| Fabless Semiconductor Association<br>5430 LBJ Freeway<br>Suite 280<br>Dallas, TX 75240-2631 | Fang, George<br>159 Vista Del Monte<br>Los Gatos, CA 95030-6335 | Fedex<br>P. O. Box 7221<br>Pasadena, CA 91109-7321 |
| Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041-1990 | First Bankcard<br>P.O. Box 2818<br>Omaha, NE 68103-2818 | First Bankcard Center<br>P.O. Box 2818<br>Omaha, NE 68103-2818 |
| First National Bank of Omaha<br>PO Box 2951<br>Omaha, NE 68103-2951 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0500 | Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franzen, Kurt<br>1062 W. Knickerbocker<br>Sunnyvale, CA 94087-1727 | Friedrich, Usha<br>1532 Albatross Dr.<br>Sunnyvale, CA 94087-3327 | Fu, Y.S.<br>#12 Alley 100, Lane 155<br>Tun-Hwa North Road<br>Taipei<br>Taiwan |
| GT Waste<br>1333 Oakland Road<br>San Jose, CA 95112-1364 | Gammad, Diosdado<br>123 Marbly Ave.<br>Daly City, CA 94015-2726 | Garon, Jeffrey<br>35 Tulip Ct.<br>Burlingame, CA 94010-6244 |
| Ghildiyal, Aruna<br>4206 Tobin Circle<br>Santa Clara, CA 95054-4160 | Matthew A. Gold<br>Argo Partners<br>12 W 37th St. 9th Fl.<br>New York, NY 10018-7480 | Gold Technologies, Inc.<br>2360F Qume Drive<br>San Jose, CA 95131-1838 |
| Goto, Akifumi<br>Campbell, CA 95008 | Guan, Brian<br>672 Greylyn Dr.<br>San Ramon, CA 94583-4103 | Gupta, Shivani<br>1045 Bent Oak Lane<br>San Jose, CA 95129-3103 |

| | | |
|---|---|---|
| Gurikar, Mahesh<br>10486 Anson Ave.<br>Cupertino, CA 95014-1305 | HGM Enterprises, Inc.<br>2122 Ronald Street<br>Santa Clara, CA 95050-2820 | Hammill, David<br>14704 Aloha Dr.<br>Saratoga, CA 95070-6007 |
| Howard Rice, et al<br>3 Embarcadero Center, 7th floor<br>San Francisco, CA 94111-4024 | Howard, Rice, Nemerovski, Falk & Rabkin<br>Three Embarcadero Center<br>Seventh Floor<br>San Francisco, CA 94111-4003 | Hudson Bay Fund, LP<br>c/o Hudson Bay Capital Management LP<br>120 Broadway, 40th Floor<br>New York, NY 10271-4099 |
| Hudson Bay Overseas Fund Ltd.<br>c/o Hudson Bay Capital Management LP<br>120 Braodway, 40th Floor<br>New York, NY 10271-4099 | Hudson Bay Overseas Fund Ltd.<br>c/o Hudson Bay Capital Management LP<br>120 Broadway, 40th Floor<br>New York, NY 10271-4099 | Huffman, David<br>1612 Nobu Dr.<br>San Jose, CA 95131-3045 |
| Hutchins, Virgil<br>147 Gardenia Way<br>East Palo Alto, CA 94303-2605 | IKON Financial Services<br>Attn: Bankruptcy Administration<br>1738 Bass Rd.<br>P.O. Box 13708<br>Macon, GA 31208-3708 | IKON Financial Services<br>Bankruptcy Admin.<br>PO Box 13708<br>Macon, GA 31208-3708 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ikon Financial Services<br>P.O. Box 650073<br>Dallas, TX 75265-0073 | Ikon Office Solutions, Inc.<br>1738 Bass Road<br>POB 13708<br>Attn: Christine Etheridge<br>Macon, GA 31208-3708 |
| Ikon Office Solutions, Inc.<br>70 Valley Stream Parkway<br>Malvern, PA 19355-1407 | Infor Global Solutions<br>P.P. Box 102182<br>Atlanta, GA 30368-0001 | Ingle, William<br>535 Oak St.<br>Mountain View, CA 94041-1920 |
| Innovative Circuits Engineering<br>2310 Lundy Avenue<br>San Jose, CA 95131-1827 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Ogden, UT 84201-0012 |
| Invesmart<br>Penn Center West - Six<br>Suite 211<br>Pittsburgh, PA 15276 | JSI Shipping<br>1535 - B Rollins Road<br>Burlingame, CA 94010-2305 | Jasuja, Andy<br>2212 Manor Hill Drive<br>Mississauga<br>Ontario<br>Canada 15M5B8 |
| Kaiser Foundation Health Plan<br>File Number 73030<br>P. O. Box 60000<br>San Francisco, CA 94160-0001 | | Kerr, Tracy<br>18400 Montevina Rd<br>Los Gatos, CA 95033-9105 |
| Koh, David<br>825 Kingfisher Terr.<br>Sunnyvale, CA 94087-2939 | Kord Enterprises<br>5265 Blackhawk Dr.<br>Danville, CA 94506-5809 | Kord Enterprises<br>46560 Fremont Blvd.<br>Fremont, CA 94538-6482 |

Kord Enterprises
5264 Blackhawk Drive
Danville, CA 94506

Kord Enterprises c/o
The Ellahie Law Firm
P O Box 1638
San Jose, Ca 95109-1638

Kuhfahl, Vita
5841 Pentz Way
San Jose, CA 95123-3733

Lahaye, Kathy
1659 Topeka Ave.
San Jose, CA 95126-1941

Lavoie, Kevin
104 Lavonne Dr.
Campbell, CA 95008-1715

Lawrence E. Stone
Assessor of Santa Clara County
70 W. Hedding Street
San Jose, CA 95110-1767

Leaf Financial Corporation
1845 Walnut Street
Suite 1000
Philadelphia, PA 19103-4733

Lehnert, Jack
468 San Benito Ave
Los Gatos, CA 95030-5305

Sharon L. Levine
Lowenstein Sandler
65 Livingston Ave.
Roseland, NJ 07068-1791

Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Gabriel Liao
Law Offices of Perkins Coie
1620 26th St. 6th Fl
Santa Monica, CA 90404-4075

Lindsay, Kevin
30 Diamond Dr.
Livermore, CA 94550-5127

Lippert / Heilshorn & Associates, Inc.
800 Third Avenue
17th Floor
New York, NY 10022-7657

Liu, Shinjie (Vivian)
6179 Potrero Dr.
Newark, CA 94560-5615

Lo, Jeffrey
998 Poplar Ct.
Sunnyvale, CA 94086-8621

Loh, Sau
1312 Tourney Dr.
San Jose, CA 95131-2855

Long, Roger
9350 Church St.
Gilroy, CA 95020-7642

Bruce G. MacIntyre
Perkins Coi LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Bruce G. MacIntyre
Perkins Coie
1201 3rd Ave. #4800
Seattle, WA 98101-3099

Macdragon Technologies LTD
4 Fl, Tong Yong Bldg, #2 Kefa Rd
HI-Tech Industrial Park
Nanshan District
Shenzhen, China 00051-8057

Macnica Singapore Pte. Ltd.
175A Bencoolen St
#08-12 Burlington Square
SINGAPORE    00018-9650

Macnica Taiwan, Ltd.
8F, Rm. 803, Worldwide House,131
Min Sheng E. Rd., Sec. 3
Taipei, Taiwan 10596-0000

Macnica USA, Inc.
c/o Roger Royse
Royse Law Firm, PC
2600 El Camino Real, Suite 110
Palo Alto, CA 94306-1707

Macnica, Inc
TecsStar Company
Macnica Bldg. No. 1
1-6-3 Shin-Yokohama
Kohhoku-ku, Yokohama, Japan 226-8561

Macnica, Inc. / TecStar Company
1-6-3 Shin-Yokohama, Kohoku-ku,
Yokohama-City
KANAGAWA
JAPAN 222-8561

Manica, Inc. / TecStar Company
1-6-3 Shin-Yokohama, Kohoku-ku,
Yokohama-City
KANAGAWA
JAPAN 222-8561

Masui, Steven
727 N. 6th St/
San Jose, CA 95112-5023

Mazda, Babak
850 Jordan Ave. #B
Los Altos, CA 94022-1417

Mellon Investor Services
Accounting Department
P.O. Box 360857
Pittsburgh, PA 15251-6857

Mellon Investor Services LLC
525 Market Street, Suite 3500
San Francisco, CA 94105-2743

Menlo Scientific, Ltd.
5161 Rain Cloud Drive
Richmond, CA 94803-2618

Milberg Weiss Bershad & Schulman LLP
Attn: Jeff Westerman, Elizabeth Lin
355 S. Grand Avenue, Suite 41170
Los Angeles, CA 90071-1560

Mitsubishi Electric and Electronics, USA
Renesas Technology America, Inc.
450 Holger Way
San Jose, CA 95134-1368

Mooney, Michael A.
Attorney for Cadence Design Systems
520 El Camino Real, Suite 318
San Mateo, CA 94402-1716

NNR Global Logistics USA Inc.
263 Utah Avenue
South San Francisco, CA 94080-6802

NNR Global Logistics USA Inc.
c/o John B. Stanis
1475 E Woodfield Rd. #800
Schaumburg, IL 60173-5485

Napolitan, Sherri
486 White Chapel Ave.
San Jose, CA 95136-3724

Jennifer L. Nassiri
Venable LLP
2049 Century Park E #2100
Los Angeles, CA 90067-3133

Niederer, Steve
4136 Ross Park Dr.
San Jose, CA 95118-1761

Nortel Networks
2370 Performance Drive
Rent Administration
Richardson, TX 75082-4333

Nortel Networks Inc.
2370 Performance Drive
MS 087/05/A30
Attn: Real Estate Dept.
Richardson, TX 75082-4333

Nortel Networks, Inc.
DLA Piper US LLP
2000 UniversityAvenue
East Palo Alto, CA 94303-2214

Nortel Networks, Inc.
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159

Nortel Networks, Inc.
DLA Piper US LLP
550 South Hope Street Suite 2300
Los Angeles, California 90071-2678

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Okashita, Koichi
22861 Stonebridge St.
Cupertino, CA 95014-5639

Aron M. Oliner
Law Offices of Duane Morris
1 Market Spear Tower #2200
San Francisco, CA 94105-3104

Pacific Business Funding
3006 Northup Way, Suite 103
Bellevue, WA 98004-1445

Pacific Business Funding
A Division of Cupertino National Bank
20195 Stevens Creek Blvd, Ste 220
Cupertino, CA 95014-2393

Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA 95899-7300

Parsels, John
88 Park Essex Pl.
San Jose, CA 95136-2517

Patel, Saurin
39633 Banyan Tree
Fremont, CA 94538-1815

Perkins Coie LLP
c/o Bruce G. MacIntyre, Esq.
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Pirjaberi, Mohammad
723 Mairwood Ct
San Jose, CA 95120-2222

Pitney Bowes Inc
27 Waterview Drive
Shelton, CT 06484-4361

Pitney Bowes Purchase Power
Postal Privilege
P.O. Box 856042
Louisville, KY 40285-6042

Premier Technical Sales
1225 Pear Avenue, Suite 100
Mountain View, CA 94043-1431

Princeton Technology (PTCC)
8F, No. 2, Alley 6, Lane 235
Paochio Road
Hsin-Tein City
Taipei Hsien, Taiwan, R.O.C.

Profusion plc
Aviation Way
Southend-on-Sea
Essex, United Kingdom SS2 6UN

Quality Resource Center, Inc.
1448 Oak Grove Drive
Roseville, CA 95747-7355

R & D Electronic Parts
370 Montague Expressway
Milpitas, CA 95035-6832

R.R. Donnelley Receivables, Inc.
111 South Wacker Drive
Attn: Dan Pevonka
Chicago, IL 60606-4302

R.R. Donnelley Receivables, Inc.
P.O. Box 100112
Pasadena, CA 91189-0003


David S. Rajpurohit
629 Grove St.
Ridgewood, NJ 07450-5529

Recall Secure Destruction Services, Inc.
P.O. Box 79245
City of Industry, CA 91716-9245

Recall-Total Information Management
P.O. Box 101057
Atlanta, GA 30392-1057


Renesas Technology America, Inc.
P.O. Box 198295
Atlanta, GA 30384-8295

Richard P. Toister
10480 SW 96th Terrace
Miami, FL 33176-2710

Richmond, Jessica
6483 Windsor Ln.
San Jose, CA 95129-2947


Richmond, Jessica
999 W. Hamilton Ave., Apt. 44
Campbell, CA 95008-0435

Royse, Roger
Attorney for Macnica, Inc.
Royse Law Firm, PC
2600 El Camino Real, Suite 110
Palo Alto, CA 94306-1707

ST Microelectronics
1310, Electronics Drive
M / S 2308
Carrollton, TX 75006-7005


STATS ChipPAC Ltd.
5 Yishun Street
23 Singapore 768442

STMicroelectronics NV
ICC Building Bloc A
20, Route de Pre-Boise
1215 Geneva 15
Switzerland

STMicroelectronics, Inc.
1310 Electronics Drive
M/S 2308
Carrollton, TX 75006-7005


Sabat, Sunil
18917 Bellgrove Cir.
Saratoga, CA 95070-4569

Safeguard Business Systems Inc.
5542 Monterey Highway
Suite 193
San Jose, CA 95138-1529

Sahandiesfanjani, Farzad
130 Descanso Dr. #473
San Jose, CA 95134-1870


Santa Clara County Tax Collector
c/o Tax Collector, County of Santa Clara
Attn: Deborah Nichols
70 W. Hedding St. 6th Fl E Wing
San Jose, CA 95110-1767

Sarangapani, Krishna
1360 Tanaka Dr.
San Jose, CA 95131-3039

Gary M. Sawka
Tripath Technology, Inc.
46520 Fremont Blvd., Suite 610
Fremont, CA 94538-6478


Sayyedi, Maziar
1600 Villa St. #292
Mountain View, CA 94041-1190

Scarlett, Shawn
339 Pierce St.
San Francisco, CA 94117-2410

Secretary of The Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001


Naresh Sharma
45797 Bridgeport Dr.
Fremont, CA 94539-6853

Sharma, Naresh
45797 Bridgeport Dr.
Fremont, CA 94539-6853

Shinkre, Rahul
7996 Sunderland Dr.
Cupertino, CA 95014-4914


Sierra Proto Express
1108 West Evelyn Avenue
Sunnyvale, CA 94086-5742

Silicon Solution Stream s.r.l.
Via XXIV Maggio, 6 Bollate
Milano, Italy 20021-0000

Singh, Pramod
4294 Bidwell Dr.
Fremont, CA 94538-2644

Soper, John
P.O. Box 2938
Cupertino, CA 95015-2938

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279-0001


Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

Stonefield Josephson, Inc.
101 Montgomery Street
Suite 1900
San Francisco, CA 94104-4135

Synopsys Inc.
700 E. Middlefield Road
Mountain View, CA 94043-4033


Synopsys, Inc.
700 E Middlefield Rd.
Mt. View, CA 94043-4033

T-Mobile
P.O. Box 74256
Cincinnati, OH 45274-0001

TRS - Rentelco
1830 West Airfield Drive
P.O. Box 619260
DFW Airport, TX 75261-9260


Tafapolsky & Smith LLP
90 New Montgomery Street
8th Floor
San Francisco, CA 94105-4503

Taiwan Mask Corporation - USA
710 Lakeway Drive
Suite 140
Sunnyvale, CA 94085-4060

Tax Collector, Santa Clara County
70 W Hedding St., 6th Fl, East Wing
San Jose CA 95110-1767


Thairani, Vijay
641 Windmill Ct.
Fremont, CA 94539-7239

Thomson Financial Corporate Group
195 Broadway
7th Floor
New York, NY 10007-3100

Thyssenkrupp Elevator
P.O. Box 933013
Atlanta, GA 31193-3013


Topas Electronic GmbH
Fliegerstr. 1
Hanover, Germany 30179-0000

Torres, Charlie
744 San Jule Ct. #4
Sunnyvale, CA 94085-3337

Townsend and Townsend and Crew LLP
379 Lytton Avenue
Attn: Ken Allen
Palo Alto, CA 94301-1479


Tripath Technology, Inc.
Post-Effective Date Estate of
Tripath Technology, Inc.
Richard C. Hermerding, Disbursing Agent
6227 Drifter Drive
San Jose, CA 95123-4824

Tripath Technology, Inc.
c/o Richard C. Hermerding
Certified Management Accountant
6227 Drifter Drive, San Jose
California 95123-4824

Tripathi, Adya
2855 Glen Keats Ct
San Jose, CA 95148-2559


U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

UMC - USA
488 DeGuigne Drive
Sunnyvale, CA 94085-3903

UPS Supply Chain Solutions, Inc.
Attn: UPS Custom Brokerage SE
P.O. Box 34486
Louisville, KY 40232-4486


US Attorneys Office
150 Almaden Blvd, Ste 900
San Jose, CA 95113-2009

US Securities and Exchange Commission
Sarah Moyed, Bankruptcy Counsel
Pacific Regional Office, 11th Floor
5670 Wilshire Boulevard
Los Angeles, CA 90036-5679

Undisclosed Tripath Shareholder
c/o J. Allen Fiorletta
The Fiorletta Law Firm, PLLC
4990 Northwind Dr, Ste 121
East Lansing, MI 48823-5031


Union Bank of California
Attn: Stella Jo Masuda V03-059
1980 Saturn Street
Monterey Park, CA 91755-7431

Uniquest
9th Floor Dongsung Bldg. 158-24
24 Samseong-Dong
Kangnam-ku
Seoul, Korea 135-090

Uniquest
Sungnam-si, bundang-gu
271-2 Seohyeon-dong
Gyeonggi-do
Korea 463-824

Unum Life Insurance Company of America
P.O. Box 406990
Atlanta, GA 30384-6990

Vang, Khue
3492 Cortese Circle
San Jose, CA 95127-5569

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622

Vision Service Plan
P.O. Box 45210
San Francisco, CA 94145-5210

WPI International (I) Pvt. Ltd.
405 Gateway Plaza
Hiranandani Gardens Powai
Mumbai, India 00040-0076

Amy E. Wallace
DLA Piper Rudnick Gray Cary US LLP
2000 University Ave.
East Palo Alto, CA 94303-2214

Washington Legal Messengers, Inc.
2225 4th Ave., Suite B
Seattle, WA 98121-2034

Webb, Randall
7746 Curry Ave.
El Cerrito, CA 94530-4126

John S. Wesolowski
Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113-3000

Willems, Ryan
905 S. Winchester Bl. #226
San Jose, CA 95128-2955

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Attn: Cynthia Peggins
Palo Alto, CA 94304-1050

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Wong, Henry
Blk 1, Unit F, I/F Bontania Villa
LamTei, TM, Hong Kong

Yahoo Hot Jobs
P.O. Box 0506
Carol Stream, IL 60132-0001

Yahoo! Hot Jobs
c/o Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Esq.
2600 El Camino Real, Suite 300
Palo Alto, CA 94306-1720

Yeh, Yeong-Fong (Jim)
9F-2, No. 3, Da-Kuan Road
Hsin-Tien City, Taipei Taiwan

Yuan, Jason
1754 Olivetree Dr.
San Jose, CA 95131-1934

Zhang, Ding (Tina)
12239 Atrium Circle
Saratoga, CA 95070-3102