Entered on Docket
July 13, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 13, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY. INC.,<br><br>Debtor. | CASE NO. 07-50358 (CN)<br><br>Chapter: 11 |

**ORDER GRANTING DISBURSING AGENT RICHARD C. HERMERDING'S AMENDED MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND FOR PAYMENT OF SPECIAL LITIGATION COUNSEL'S FEES AND LITIGATION COSTS**
**(Tripath Officers and Directors' Litigation)**

This Court, having considered the request (the "Request") filed by Richard C. Hermerding, the Dispersing Agent for Tripath Technology, Inc. ("Tripath" or "Debtor"), for entry of an order by default granting Disbursing Agent Richard C. Hermerding's Amended Motion For Approval of Compromise and Settlement Pursuant to Bankruptcy Rule 9019 and For Payment of Special Litigation Counsel's Fees and Litigation Costs (the "Amended Motion"), and the Declaration of Bruce G. MacIntyre in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Amended Motion is granted as follows:

1      IT IS FURTHER ORDERED that Settlement of the D&O Claims[1] pursuant to the

2  Settlement Agreement is hereby approved and PSWP shall make the payments listed in the

3  Amended Motion for the professional fees and reimbursement of the D&O Litigation costs;

4      IT IS FURTHER ORDERED that PSWP shall deliver the balance of the settlement

5  proceeds to the Tripath Estate within three business days from receipt of the settlement payment

6  from the D&O Defendants; and

7      IT IS FURTHER ORDERED that the Disbursing Agent shall hold the balance of the

8  settlement proceeds in trust pending further order of this Court.

## ** END OF ORDER **

---

[1] Capitalized terms not defined herein shall have the same meaning as provided in the Amended Motion.

**COURT SERVICE LIST**

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov

Richard C. Hermerding
OLIVO-CPA
1376 North Fourth Street Suite 202
San Jose, CA 95112
Telephone: 408-441-6600
Facsimile: 408-441-6601
Olivocpa@olivo.com

George S. Trevor, Esq.
Pearson Simon Warshaw Penny, LLP
44 Montgomery St., Suite 1430
San Francisco, CA 94104
Telephone: 415-433-9000
Facsimile: 415-433-9008
gtrevor@pswplaw.com

Case: 07-50358    Doc# 614    Filed: 07/15/11    Entered: 07/15/11 21:37:49    Page 3 of 4

```
United States Bankruptcy Court
       Northern District of California
In re:                                                          Case No. 07-50358-CN
Tripath Technology, Inc.                                        Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5      User: apie           Page 1 of 1          Date Rcvd: Jul 13, 2011
                          Form ID: pdfeoc      Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2011.
```
aty           Bruce G. MacIntyre,   Perkins Coi LLP,   1201 Third Avenue, 40th Floor,   Seattle, WA  98101-3099
aty          +Michael J. Steiner, Esq.,   Severson & Werson,   One Embarcadero Center, Suite 2600,
               San Francisco, CA 94111-3715
              Bankruptcy Administration,   IKON Financial Services,   1738 Bass Road,   P.O. Box 13708,
               Macon, GA 31208-3708
              John G. McJunkin,   J. David Folds,   DLA Piper US LLP,   1775 Wiehle Ave., Suite 400,
               Reston, VA 20190-5159
             +Karol K. Denniston,   Jennifer L. Nassiri,   DLA Piper US LLP,   550 S. Hope Street, Suite2300,
               Los Angeles, CA 90071-2678
             +Richard C. Hermerding,   OLIVO-CPA,   1376 North Fourth Street Suite 202,
               San Jose, CA 95112-4721
             +S. Jason Teele, Esq.,   Lowenstein Sandler, PC,   65 Livingston Avenue,
               Roseland, New Jersey 07068-1791
             +Sarah D. Moyed,   Bankruptcy Counsel,   U S. Securities and Exchange Comn,
               5670 Wilshire Boulevard, 11th Floor,   Los Angeles, CA 90036-5627
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
         ##+George S. Trevor, Esq.,   Pearson Simon Warshaw Penny, LLP,   44 Montgomery St., Suite 1430,
            San Francisco, CA 94104-4701
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2011**              Signature:       _Joseph Speetjens_