The following constitutes
the order of the court. Signed July 21, 2011

_____
Charles Novack
U.S. Bankruptcy Judge
_____

1 | Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
2 | **Perkins Coie LLP**
1201 Third Avenue, Suite 4800
3 | Seattle, WA 98101-3099
Telephone: 206.359.8000
4 | Facsimile: 206.359.9000
*Pro hac vice*
5 |
Ed Wes, CA Bar No. 180252
6 | EWes@perkinscoie.com
**Perkins Coie LLP**
7 | 101 Jefferson Drive
Menlo Park, CA 94025-1114
8 | Telephone: 650.838.4300
Facsimile: 650.838.4350
9 |
Attorneys for the Post-Effective Date Estate of
10 | Tripath Technology, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TRIPATH TECHNOLOGY. INC.,

Debtor.

CASE NO. 07-50358 (CN)

Chapter 11

**ORDER APPROVING SEVENTH INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS**

THIS MATTER came before the Court for hearing on July 19, 2011 and appearances were noted on the record. The Court has read and considered the Seventh Interim Fee Application of Perkins Coie LLP for Payment of Attorney Fees and Costs (the "Seventh Application") for the period from November 1, 2009 through April 30, 2011. No objections were filed with respect to the Seventh Application. After due deliberation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Seventh Application is APPROVED and the Debtor is authorized and directed to make payment to Perkins Coie LLP in the reduced amount of

fourteen thousand eight-hundred four dollars and fifty cents ($14,804.50) for fees, and costs as filed in the amount of three hundred ten dollars and twenty-seven cents ($310.27) for expenses, for a total interim award of fifteen thousand, one hundred fourteen dollars and twenty-seven cents ($15,114.77)

*** END OF ORDER ***

**COURT SERVICE LIST**

Bruce G. MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
BMacIntyre@perkinscoie.com

Office of the U.S. Trustee
280 South First Street
San Jose, California 95113
Telephone: 408-535-5525
Facsimile: 408-535-5532

S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
slevine@lowenstein.com
jsteele@lowenstein.com

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439
mjs@severson.com

Karol K. Denniston
Jennifer L. Nassiri.
DLA Piper US LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: 213-330-7700
Facsimile: 231-330-7701

John G. McJunkin
J. David Folds
DLA Piper US LLP
 1775 Wiehle Ave., Suite 400
Reston, VA 20190-5159
Telephone: 703-773-4000
Facsimile: 703-773-5000

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Telephone: 478-405-4001

Sarah D. Moyed
Bankruptcy Counsel
U S. Securities and Exchange Com'n
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: 323-965-3896
Facsimile: 353-965-4530
moyeds@sec.gov

Richard C. Hermerding
OLIVO-CPA
1376 North Fourth Street Suite 202
San Jose, CA 95112
Telephone: 408-441-6600
Facsimile: 408-441-6601
Olivocpa@olivo.com

Case: 07-50358   Doc# 616   Filed: 07/24/11   Entered: 07/24/11 21:24:40   Page 3 of 4

```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                          Case No. 07-50358-CN
Tripath Technology, Inc.                                        Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0971-5          User: apie              Page 1 of 1            Date Rcvd: Jul 22, 2011
                              Form ID: pdfeoc         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2011.
             Bankruptcy Administration,    IKON Financial Services,    1738 Bass Road,    P.O. Box 13708,
              Macon, GA 31208-3708
             Bruce G. MacIntyre, Esq.,    Perkins Coie LLP,    1201 Third Avenue, 40th Floor,
              Seattle, WA 98101-3099
             John G. McJunkin,    J. David Folds,    DLA Piper US LLP,    1775 Wiehle Ave., Suite 400,
              Reston, VA 20190-5159
            +Karol K. Denniston,    Jennifer L. Nassiri.,    DLA Piper US LLP,    550 S. Hope Street, Suite2300,
              Los Angeles, CA 90071-2678
            +Michael J. Steiner, Esq.,    Severson & Werson,    One Embarcadero Center, Suite 2600,
              San Francisco, CA 94111-3715
            +Richard C. Hermerding,    OLIVO-CPA,    1376 North Fourth Street Suite 202,
              San Jose, CA 95112-4721
            +S. Jason Teele, Esq.,    Lowenstein Sandler, PC,    65 Livingston Avenue,
              Roseland, New Jersey 07068-1791
            +Sarah D. Moyed,    Bankruptcy Counsel,    U S. Securities and Exchange Comn,
              5670 Wilshire Boulevard, 11th Floor,    Los Angeles, CA 90036-5627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2011**               Signature: *Joseph Speetjens*

```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                          Case No. 07-50358-CN
Tripath Technology, Inc.                                        Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0971-5          User: apie              Page 1 of 1            Date Rcvd: Jul 22, 2011
                              Form ID: pdfeoc         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2011.
             Bankruptcy Administration,    IKON Financial Services,    1738 Bass Road,    P.O. Box 13708,
              Macon, GA 31208-3708
             Bruce G. MacIntyre, Esq.,    Perkins Coie LLP,    1201 Third Avenue, 40th Floor,
              Seattle, WA 98101-3099
             John G. McJunkin,    J. David Folds,    DLA Piper US LLP,    1775 Wiehle Ave., Suite 400,
              Reston, VA 20190-5159
            +Karol K. Denniston,    Jennifer L. Nassiri.,    DLA Piper US LLP,    550 S. Hope Street, Suite2300,
              Los Angeles, CA 90071-2678
            +Michael J. Steiner, Esq.,    Severson & Werson,    One Embarcadero Center, Suite 2600,
              San Francisco, CA 94111-3715
            +Richard C. Hermerding,    OLIVO-CPA,    1376 North Fourth Street Suite 202,
              San Jose, CA 95112-4721
            +S. Jason Teele, Esq.,    Lowenstein Sandler, PC,    65 Livingston Avenue,
              Roseland, New Jersey 07068-1791
            +Sarah D. Moyed,    Bankruptcy Counsel,    U S. Securities and Exchange Comn,
              5670 Wilshire Boulevard, 11th Floor,    Los Angeles, CA 90036-5627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2011**               Signature: *Joseph Speetjens*