

August 26, 2011

**BY EXPRESS MAIL**
United States Bankruptcy Court
Northern District of California
San Jose Division
ATTN: Clerk of the Court
P.O. Box 7341
San Francisco, CA 94120-7341

**FILED**

AUG 3 1 2011

CLERK
United States Bankruptcy Court
San Jose, California

Re: *In Re Tripath Technology, Inc.*, Debtor, Case No. 07-50358(CN)

Dear Clerk:

Credence Capital Corporation and Credence Systems Corporation are both debtors in the above-referenced matter. I am writing to request that you update certain contact information for each on the Court's records.

First, Credence Capital Corporation has changed its address from 5975 N.W. Pinefarm Place, Hillsboro, Oregon, to the following address:

> Credence Capital Corporation
> c/o LTX-Credence Corporation
> Dept #33835
> P.O. Box 39000
> San Francisco, CA 94139

Second, Credence Systems Corporation has merged with and into LTX Corporation in order to form LTX-Credence Corporation. As a result, the proper name of this debtor is now LTX-Credence Corporation. Any correspondence that would previously have been sent to Credence Systems Corporation, including any distributions, should now be sent to LTX-Credence Corporation at the following address, which I believe is the address currently on record for Credence Systems Corporation:

> LTX-Credence Corporation
> Dept #33835
> P.O. Box 39000
> San Francisco, CA 94139

*LTX-Credence Corporation*
20575 NW Von Neumann Drive, Suite 100 | Beaverton, OR 97006 | 503-466-7300 | www.ltxc.com

Please let me know if you need any additional information from me to make these changes. You can reach me at colin_savoy@ltxc.com or 503.466.7238.

Sincerely,

Colin J. Savoy
Vice President and General Counsel
LTX-Credence Corporation

Cc (by email): Bruce G. MacIntyre, Attorney for Debtor
(BMacIntyre@perkinscoie.com)