| | |
|---|---|
| Bruce G. MacIntyre, WA Bar No. 18984<br>BMacIntyre@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>*Pro hac vice*<br><br>Edward Wes, CA Bar No. 78551<br>EdWes@perkinscoie.com<br>PERKINS COIE LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025-1114<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Attorneys for Debtor and Debtor-in-Possession<br>Tripath Technology, Inc. | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TRIPATH TECHNOLOGY, INC.,<br><br>        Debtor. | CASE NO. 07-50358 (CN)<br><br>Chapter: 11<br><br>NOTICE OF HEARING ON EIGHTH AND FINAL FEE APPLICATION OF PERKINS COIE LLP<br><br>Hearing Date: November 22, 2011<br>Hearing Time: 2:00 p.m. |

**PLEASE TAKE NOTICE THAT**: Perkins Coie, LLP who has been appointed by the Court to perform services for the estate, filed an application for interim compensation and approval of all prior fees and expenses (the "Application") on June 6, 2011. A Copy of the Application is on file with the Court. By the Application, Perkins Coie is requesting an Order from the Court allowing, and authorizing the payment of, fees and expenses that have been billed but that have not yet been paid by Debtor , as well as final approval of all prior fees and expenses

LEGAL21731293.1

-1-

NOTICE OF HEARING ON FEE APPLICATION

Case: 07-50358    Doc# 624    Filed: 09/15/11    Entered: 09/15/11 15:47:24    Page 1 of 3

that were approved on an interim basis. Exhibit A sets forth the amounts of fees and expenses being sought by Perkins Coie for the period from May 1, 2011 through the issuance of a final decree in this case, which is anticipated to be prior to December 31, 2011.

**NOTICE IS ALSO GIVEN** that a hearing to consider the approval of the application shall be held before the Honorable Charles Novack, United States Bankruptcy Judge, at the United States Courthouse, 280 South First Street, Courtroom 3070, San Jose, California 95113-3099, on **November 22, 2011 at 2:00 p.m. (prevailing Pacific time)**.

**The deadline for filing objections to the applications is <u>7 days prior to the hearing</u>.** Objections to the application must be filed with the United States Bankruptcy Court for the District of Northern California, San Jose Division, and served upon (i) the undersigned counsel for the Debtor; (ii) counsel for the United States Trustee; and (iii) all other parties who have requested special notice in this case, no later than seven days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be requested <u>in writing</u> from: Perkins Coie LLP, 1201 Third Avenue, Suite 4000, Seattle, WA 98101, ATTN: Mary Lou Maag, or mlmaag@perkinscoie.com, Phone (206) 359-3334, Fax (206) 359-4334.

**PLEASE TAKE FURTHER NOTICE** that as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California (the "Court") has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically you should consult the Court's web site (www.canb.uscourts.gov).

DATED: September 15, 2011

/s/ Bruce G. MacIntyre
Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Pro hac vice*

Ed Wes, CA Bar No. 180252
EWes@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Debtor and
Debtor-in-Possession,
Tripath Technology, Inc.

# EXHIBIT A

| Professional | Employed By | Fees | Expenses | Total |
|---|---|---|---|---|
| Perkins Coie, LLP | Debtor | $28,541.00 | $1,251.68 | $29,792.68 |