Bruce G. MacIntyre, WA Bar No. 18984
BMacIntyre@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
*Pro hac vice*

Edward Wes, CA Bar No. 78551
EWes@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Post Effective Date Estate of
Tripath Technology, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 07-50358 (CN) |
| TRIPATH TECHNOLOGY. INC., | CHAPTER 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

SUSAN LANNING states as follows:

    1.      I am a legal secretary at the law firm of Perkins Coie LLP, attorneys of record for Tripath Technology, Inc., the Post-Effective Date Estate of Tripath Technology, Inc. herein, have personal knowledge of the facts set forth herein and am competent to testify thereto.

Case: 07-50358    Doc# 626    Filed: 09/20/11    Entered: 09/20/11 14:02:45    Page 1 of 12

1  On the 19th day of September, 2011, I made arrangements for copies of *AMENDED*

2  *NOTICE OF HEARING ON EIGHTH AND FINAL FEE APPLICATION OF PERKINS COIE*

3  *LLP* to be served via U.S. mail, prepaid postage on the parties on attached Exhibit A.

4
5  I certify under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7  Signed and dated at Seattle, Washington this 20th day of September, 2011.

8  _____ /s/  Susan Lanning _____
   Susan Lanning
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE
64011-0001/LEGAL21126975.1

-2-

# EXHIBIT A

Argo Partners
12 West 37th St 9th Fl
New York, NY 10018-7480

Credence Capital Corporation
c/o LTX-Credence Corporation
Dept #33835
PO Box 39000
San Francisco, CA 94139-0001

Hudson Bay Fund, LP
c/o Hudson Bay Capital Management LP
120 Broadway, 40th Floor
New York, NY 10271-4099

Hudson Bay Overseas Fund Ltd.
c/o Hudson Bay Capital Management LP
120 Braodway, 40th Floor
New York, NY 10271-4099

IKON Financial Services
Attn: Bankruptcy Administration
1738 Bass Rd.
P.O. Box 13708
Macon, GA 31208-3708

Kord Enterprises
5265 Blackhawk Dr.
Danville, CA 94506-5809

LTX-Credence Corporation
Dept #33835
PO Box 39000
San Francisco, CA 94139-0001

Macnica USA, Inc.
c/o Roger Royse
Royse Law Firm, PC
2600 El Camino Real, Suite 110
Palo Alto, CA 94306-1707

Nortel Networks, Inc.
DLA Piper US LLP
2000 UniversityAvenue
East Palo Alto, CA 94303-2214

Perkins Coie LLP
c/o Bruce G. MacIntyre, Esq.
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Santa Clara County Tax Collector
c/o Tax Collector, County of Santa Clara
Attn: Deborah Nichols
70 W. Hedding St. 6th Fl E Wing
San Jose, CA 95110-1767

Tripath Technology, Inc.
Post-Effective Date Estate of
Tripath Technology, Inc.
Richard C. Hermerding, Disbursing Agent
6227 Drifter Drive
San Jose, CA 95123-4824

Washington Legal Messengers, Inc.
2225 4th Ave., Suite B
Seattle, WA 98121-2034

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

2.B.Tronics Ltd.
10 Zarchin Street
Industrial Area
P.O. Box 2299
Ra'anana, Israel 43000-0000

ASE (Korea), Inc.
3590 Peterson Way
Santa Clara, CA 95054-2816

ASE Electronics (Malaysia) Sdn. Bhd.
3590 Peterson Way
Santa Clara, CA 95054-2816

AT & T
96075722675557
Payment Center
Sacramento, CA 95887-0001

AT & T (Internet Services)
P.O. Box 277019
Atlanta, GA 30384-7019

Acharya, A.K.
1-26-12 Akebono-cho
Tachikawa-city
TOKYO
JAPAN 190-0012

Aetna USHC Dental Plan of California
Attn: Aetna Middletown
P.O. Box 601034
Los Angeles, CA 90060-1034

Alcom Electronics BV
Rivium 1e straat 52
2909 LE Capelle aan den IJssel
THE NETHERLANDS

Alcom Electronics NV/SA
Singel 3
B-2550 Kontich
BELGIUM

American Express
POB 360001
Fort Lauderdale, FL 33336-0001

Amidon, Inc.
American Cores & Electronics
P.O. Box 6122
Irvine, CA 92616-6122

Aramark Uniform Services, Inc.
P.O. Box 28383
San Jose, CA 95159-8383

Aspecs Oy
P.O. Box 75
Myyrmaentie 2A2
Vantaa, Finland 01601-0000

Assessor of Santa Clara County
Attn: Deborah Nichols
70 W. Hedding Street, 6th Fl, East Wing
San Jose, CA 95110-1767

Asuncion, Jason
672 San Patricio Ave
Sunnyvale, CA 94085-3413

Ayare, Keshav
1439 Scollon Ct.
San Jose, CA 95132-2326

Barko, Michael
34336 Cornwallis Ct.
Fremont, CA 94555-2335

Bay Area Circuits, Inc.
575 Price Ave.
Redwood City, CA 94063-1410

Beyer Weaver & Thomas, LLP
P.O. Box 130
Mountain View, CA 94042-0130

Beyer Weaver & Thomas, LLP
POB 130
Attn: Joe Villeneuve
Mountain View, CA 94042-0130

Blue Shield of California
Installation & Membership - Group
P.O. Box 629014
El Dorado Hills, CA 95762-9014

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

Boothcrafters  Inc.
2750 La Mirada Drive
Vista, CA 92081-8401

Bose Corporation
The Mountain
Framingham, MA 01701

Bridge Bank, NA
55 Almaden Blvd
San Jose, CA 95113-1608

Business Wire
44 Montgomery St.
39th Floor
San Francisco, CA 94104-4812

CES - Consumer Electronics Association
P.O. Box 759083
Baltimore, MD 21275-9083

Cadence Design Systems, Inc.
Dept CH 10585
Palatine, IL 60055-0001

Cadence Design Systems, Inc.
c/o Michael A. Mooney, Esq.
520 S El Camino Real #318
San Mateo, CA 94402-1716

Cadense Design Systems, Inc.
Dept CH 10585
Palatine, IL 60055-0001

Campbell, Rhett G.
Attorney for STMicroelectronics, Inc.
Thompson & Knight
333 Clay Street, Ste 3300
Houston, TX 77002-4499

Canon Financial Services
P.O. Box 4004
Carol Stream, IL 60197-4004

Canon Financial Services, Inc.
158 Gaither Dr. #200
Mt. Laurel, NJ 08054-1716

Chang, His-Ming(Frank)
3571 Madison Common
Fremont, CA 94538-5421

Chen, Szuhung (Sharon)
409 Crystalline Dr.
Fremont, CA 94539-6858

Chicas, Guillermo
1330 Thornwall Ln.
Hayward, CA 94545-3146

Chiu, Marshall
2175 31st Ave
San Francisco, CA 94116-1638

Cintas First Aid & Safety
1625 Neptune Drive
San Leandro, CA 94577-3162

Citistreet Smith Barney
One Heritage Drive
Attn: Gary Jenkins, General Counsel
Quincy, MA 02171-2105

Clark, Randall
6434 Cottle Road
San Jose, CA 95123-5630

Coffee to You, LLC
720 Aldo Avenue
Santa Clara, CA 95054-2210

Comerica Bank - California
333 West Santa Clara Street
San Jose, CA 95113-1713

Computershare
14257 Collection Center Drive
Chicago, IL 60693-0142

Controller's Group Inc.
1901 S Bascom Ave, Ste 210
Attn:  John Richter
Campbell, CA 95008-2207

Corad Technology Inc.
3080 Olcott St.
Suite 202B
Santa Clara, CA 95054-3218

Crane Pest Control
2700 Geary Blvd.
San Francisco, CA 94118-3498

Credence Capital Corp.
5975 NW Pinefarm Place
Hillsboro, OR 97124-8563

Credence Capital Corporation
1421 California Circle
Milpitas, CA 95035-3099


Credence System Corporation
Dept # 33835
P.O. Box 39000
San Francisco, CA 94139-0001

De La Cruz Deli Jr.
2585 N. First Street
San Jose, CA 95131-1003

DeCelles, John
P.O. Box 18942
San Jose, CA 95158-8942


Digi-Key Corp.
701 Brooks Ave. South
P.O. Box 677
Thief River Falls, MN 56701-0677

ENABLE GROWTH PARTNERS, LP, AS AGENT
c/o Sharon L. Levine, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Economic Development Department
900 Capitol Mall
Sacramento, CA 95814


Eichler, David P.
132 Maybury Place
Woodside, CA 94062-2331

Elatec - Poland sp. z o.o.
ul T Kosciuszki 36
Krakow, Poland 30-105

Elatec Hungary Ltd.
Igmandi u. 19
Budapest, Hungary H-1112


Elatec Vertriebs GmbH
Hans-Stiessberg-Strasse 2a
Haar, Germany D-85540

Elatec s.r.o.
Jiraskova 177/IV
566 01 Vysoke Myto
CZECH REPUBLIC

Elatec-BG Ltd.
Tzarigradsko Shosse 7-km
CIIT, 736 office
1113 Sofia
BULGARIA


Emec Electronics Pte. Ltd.
3, Ubi Ave 3
#03-02 Crocodile House
SINGAPORE    00040-8857

Enable Growth Partners, LP as Agent
One Ferry Building, Suite 225
Suite 225
San Francisco, CA 94111-4202

FIB USA, Inc.
2306 Walsh Ave.
Santa Clara, CA 95051-1301


Fabless Semiconductor Association
5430 LBJ Freeway
Suite 280
Dallas, TX 75240-2631

Fang, George
159 Vista Del Monte
Los Gatos, CA 95030-6335

Fedex
P. O. Box 7221
Pasadena, CA 91109-7321


Fenwick & West LLP
801 California Street
Mountain View, CA 94041-1990

First Bankcard
P.O. Box 2818
Omaha, NE 68103-2818

First Bankcard Center
P.O. Box 2818
Omaha, NE 68103-2818


First National Bank of Omaha
PO Box 2951
Omaha, NE 68103-2951

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812-2952


Franzen, Kurt
1062 W. Knickerbocker
Sunnyvale, CA 94087-1727

Friedrich, Usha
1532 Albatross Dr.
Sunnyvale, CA 94087-3327

Fu, Y.S.
#12 Alley 100, Lane 155
Tun-Hwa North Road
Taipei
Taiwain

GT Waste
1333 Oakland Road
San Jose, CA 95112-1364

Gammad, Diosdado
123 Marbly Ave.
Daly City, CA 94015-2726

Garon, Jeffrey
35 Tulip Ct.
Burlingame, CA 94010-6244

Ghildiyal, Aruna
4206 Tobin Circle
Santa Clara, CA 95054-4160

Gold Technologies, Inc.
2360F Qume Drive
San Jose, CA 95131-1838

Goto, Akifumi
Campbell, CA 95008

Guan, Brian
672 Greylyn Dr.
San Ramon, CA 94583-4103

Gupta, Shivani
1045 Bent Oak Lane
San Jose, CA 95129-3103

Gurikar, Mahesh
10486 Anson Ave.
Cupertino, CA 95014-1305

HGM Enterprises, Inc.
2122 Ronald Street
Santa Clara, CA 95050-2820

Hammill, David
14704 Aloha Dr.
Saratoga, CA 95070-6007

Howard Rice, et al
3 Embarcadero Center, 7th floor
San Francisco, CA 94111-4024

Howard, Rice, Nemerovski, Falk & Rabkin
Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4003

Hudson Bay Overseas Fund Ltd.
c/o Hudson Bay Capital Management LP
120 Broadway, 40th Floor
New York, NY 10271-4099

Huffman, David
1612 Nobu Dr.
San Jose, CA 95131-3045

Hutchins, Virgil
147 Gardenia Way
East Palo Alto, CA 94303-2605

IKON Financial Services
Bankruptcy Admin.
PO Box 13708
Macon, GA 31208-3708

Ikon Financial Services
P.O. Box 650073
Dallas, TX 75265-0073

Ikon Office Solutions, Inc.
1738 Bass Road
POB 13708
Attn: Christine Etheridge
Macon, GA 31208-3708

Ikon Office Solutions, Inc.
70 Valley Stream Parkway
Malvern, PA 19355-1407

Infor Global Solutions
P.P. Box 102182
Atlanta, GA 30368-0001

Ingle, William
535 Oak St.
Mountain View, CA 94041-1920

Innovative Circuits Engineering
2310 Lundy Avenue
San Jose, CA 95131-1827

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Ogden, UT 84201-0012

Invesmart
Penn Center West - Six
Suite 211
Pittsburgh, PA 15276

JSI Shipping
1535 - B Rollins Road
Burlingame, CA 94010-2305

Jasuja, Andy
2212 Manor Hill Drive
Mississauga
Ontario
Canada 15M5B8

Kaiser Foundation Health Plan
File Number 73030
P. O. Box 60000
San Francisco, CA 94160-0001

Kandola, Gurmail
349 Sandhurst Dr.
Milpitas, CA 95035-4473

Kerr, Tracy
18400 Montevina Rd
Los Gatos, CA 95033-9105

Koh, David
825 Kingfisher Terr.
Sunnyvale, CA 94087-2939

Kord Enterprises
46560 Fremont Blvd.
Fremont, CA 94538-6482

Kord Enterprises
5264 Blackhawk Drive
Danville, CA 94506

Kord Enterprises c/o
The Ellahie Law Firm
P O Box 1638
San Jose, Ca 95109-1638

Kuhfahl, Vita
5841 Pentz Way
San Jose, CA 95123-3733

Lahaye, Kathy
1659 Topeka Ave.
San Jose, CA 95126-1941

Lavoie, Kevin
104 Lavonne Dr.
Campbell, CA 95008-1715

Lawrence E. Stone
Assessor of Santa Clara County
70 W. Hedding Street
San Jose, CA 95110-1767

Leaf Financial Corporation
1845 Walnut Street
Suite 1000
Philadelphia, PA 19103-4733

Lehnert, Jack
468 San Benito Ave
Los Gatos, CA 95030-5305

Lindsay, Kevin
30 Diamond Dr.
Livermore, CA 94550-5127

Lippert / Heilshorn & Associates, Inc.
800 Third Avenue
17th Floor
New York, NY 10022-7657

Liu, Shinjie (Vivian)
6179 Potrero Dr.
Newark, CA 94560-5615

Lo, Jeffrey
998 Poplar Ct.
Sunnyvale, CA 94086-8621

Loh, Sau
1312 Tourney Dr.
San Jose, CA 95131-2855

Long, Roger
9350 Church St.
Gilroy, CA 95020-7642

Macdragon Technologies LTD
4 Fl, Tong Yong Bldg, #2 Kefa Rd
HI-Tech Industrial Park
Nanshan District
Shenzhen, China 00051-8057

Macnica Singapore Pte. Ltd.
175A Bencoolen St
#08-12 Burlington Square
SINGAPORE    00018-9650

Macnica Taiwan, Ltd.
8F, Rm. 803, Worldwide House,131
Min Sheng E. Rd., Sec. 3
Taipei, Taiwan 10596-0000

Macnica, Inc
TecsStar Company
Macnica Bldg. No. 1
1-6-3 Shin-Yokohama
Kohhoku-ku, Yokohama, Japan 226-8561

Macnica, Inc. / TecStar Company
1-6-3 Shin-Yokohama, Kohoku-ku,
Yokohama-City
KANAGAWA
JAPAN 222-8561

Manica, Inc. / TecStar Company
1-6-3 Shin-Yokohama, Kohoku-ku,
Yokohama-City
KANAGAWA
JAPAN 222-8561

Masui, Steven
727 N. 6th St/
San Jose, CA 95112-5023

Mazda, Babak
850 Jordan Ave. #B
Los Altos, CA 94022-1417

Mellon Investor Services
Accounting Department
P.O. Box 360857
Pittsburgh, PA 15251-6857

Mellon Investor Services LLC
525 Market Street, Suite 3500
San Francisco, CA 94105-2743

Menlo Scientific, Ltd.
5161 Rain Cloud Drive
Richmond, CA 94803-2618

Milberg Weiss Bershad & Schulman LLP
Attn: Jeff Westerman, Elizabeth Lin
355 S. Grand Avenue, Suite 41170
Los Angeles, CA 90071-1560

Mitsubishi Electric and Electronics, USA
Renesas Technology America, Inc.
450 Holger Way
San Jose, CA 95134-1368

Mooney, Michael A.
Attorney for Cadence Design Systems
520 El Camino Real, Suite 318
San Mateo, CA 94402-1716

NNR Global Logistics USA Inc.
263 Utah Avenue
South San Francisco, CA 94080-6802

NNR Global Logistics USA Inc.
c/o John B. Stanis
1475 E Woodfield Rd. #800
Schaumburg, IL 60173-5485

Napolitan, Sherri
486 White Chapel Ave.
San Jose, CA 95136-3724

Niederer, Steve
4136 Ross Park Dr.
San Jose, CA 95118-1761

Nortel Networks
2370 Performance Drive
Rent Administration
Richardson, TX 75082-4333

Nortel Networks Inc.
2370 Performance Drive
MS 087/05/A30
Attn: Real Estate Dept.
Richardson, TX 75082-4333

Nortel Networks, Inc.
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159

Nortel Networks, Inc.
DLA Piper US LLP
550 South Hope Street Suite 2300
Los Angeles, California 90071-2678

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Okashita, Koichi
22861 Stonebridge St.
Cupertino, CA 95014-5639

Pacific Business Funding
3006 Northup Way, Suite 103
Bellevue, WA 98004-1445

Pacific Business Funding
A Division of Cupertino National Bank
20195 Stevens Creek Blvd, Ste 220
Cupertino, CA 95014-2393

Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA 95899-7300

Parsels, John
88 Park Essex Pl.
San Jose, CA 95136-2517

Patel, Saurin
39633 Banyan Tree
Fremont, CA 94538-1815

Pirjaberi, Mohammad
723 Mairwood Ct
San Jose, CA 95120-2222

Pitney Bowes Inc
27 Waterview Drive
Shelton, CT 06484-4361

Pitney Bowes Purchase Power
Postal Privilege
P.O. Box 856042
Louisville, KY 40285-6042

Premier Technical Sales
1225 Pear Avenue, Suite 100
Mountain View, CA 94043-1431

Princeton Technology (PTCC)
8F, No. 2, Alley 6, Lane 235
Paochio Road
Hsin-Tein City
Taipei Hsien, Taiwan, R.O.C.

Profusion plc
Aviation Way
Southend-on-Sea
Essex, United Kingdom SS2 6UN

Quality Resource Center, Inc.
1448 Oak Grove Drive
Roseville, CA 95747-7355

R & D Electronic Parts
370 Montague Expressway
Milpitas, CA 95035-6832

R.R. Donnelley Receivables, Inc.
111 South Wacker Drive
Attn: Dan Pevonka
Chicago, IL 60606-4302

R.R. Donnelley Receivables, Inc.
P.O. Box 100112
Pasadena, CA 91189-0003

Recall Secure Destruction Services, Inc.
P.O. Box 79245
City of Industry, CA 91716-9245

Recall-Total Information Management
P.O. Box 101057
Atlanta, GA 30392-1057

Renesas Technology America, Inc.
P.O. Box 198295
Atlanta, GA 30384-8295

Richard P. Toister
10480 SW 96th Terrace
Miami, FL 33176-2710

Richmond, Jessica
6483 Windsor Ln.
San Jose, CA 95129-2947

Richmond, Jessica
999 W. Hamilton Ave., Apt. 44
Campbell, CA 95008-0435

Royse, Roger
Attorney for Macnica, Inc.
Royse Law Firm, PC
2600 El Camino Real, Suite 110
Palo Alto, CA 94306-1707

ST Microelectronics
1310, Electronics Drive
M / S 2308
Carrollton, TX 75006-7005

STATS ChipPAC Ltd.
5 Yishun Street
23 Singapore 768442

STMicroelectronics NV
ICC Building Bloc A
20, Route de Pre-Boise
1215 Geneva 15
Switzerland

STMicroelectronics, Inc.
1310 Electronics Drive
M/S 2308
Carrollton, TX 75006-7005

Sabat, Sunil
18917 Bellgrove Cir.
Saratoga, CA 95070-4569

Safeguard Business Systems Inc.
5542 Monterey Highway
Suite 193
San Jose, CA 95138-1529

Sahandiesfanjani, Farzad
130 Descanso Dr. #473
San Jose, CA 95134-1870

Sarangapani, Krishna
1360 Tanaka Dr.
San Jose, CA 95131-3039

Sayyedi, Maziar
1600 Villa St. #292
Mountain View, CA 94041-1190

Scarlett, Shawn
339 Pierce St.
San Francisco, CA 94117-2410

Sharma, Naresh
45797 Bridgeport Dr.
Fremont, CA 94539-6853

Shinkre, Rahul
7996 Sunderland Dr.
Cupertino, CA 95014-4914

Sierra Proto Express
1108 West Evelyn Avenue
Sunnyvale, CA 94086-5742

Silicon Solution Stream s.r.l.
Via XXIV Maggio, 6 Bollate
Milano, Italy 20021-0000

Singh, Pramod
4294 Bidwell Dr.
Fremont, CA 94538-2644

Soper, John
P.O. Box 2938
Cupertino, CA 95015-2938

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Stonefield Josephson, Inc.
101 Montgomery Street
Suite 1900
San Francisco, CA 94104-4135

Synopsys Inc.
700 E. Middlefield Road
Mountain View, CA 94043-4033

Synopsys, Inc.
700 E Middlefield Rd.
Mt. View, CA 94043-4033

T-Mobile
P.O. Box 74256
Cincinnati, OH 45274-0001

TRS - Rentelco
1830 West Airfield Drive
P.O. Box 619260
DFW Airport, TX 75261-9260

Tafapolsky & Smith LLP
90 New Montgomery Street
8th Floor
San Francisco, CA 94105-4503

Taiwan Mask Corporation - USA
710 Lakeway Drive
Suite 140
Sunnyvale, CA 94085-4060

Tax Collector, Santa Clara County
70 W Hedding St., 6th Fl, East Wing
San Jose CA 95110-1767

Thairani, Vijay
641 Windmill Ct.
Fremont, CA 94539-7239

Thomson Financial Corporate Group
195 Broadway
7th Floor
New York, NY 10007-3100

Thyssenkrupp Elevator
P.O. Box 933013
Atlanta, GA 31193-3013

Topas Electronic GmbH
Fliegerstr. 1
Hanover, Germany 30179-0000

Torres, Charlie
744 San Jule Ct. #4
Sunnyvale, CA 94085-3337

Townsend and Townsend and Crew LLP
379 Lytton Avenue
Attn: Ken Allen
Palo Alto, CA 94301-1479

Tripath Technology, Inc.
c/o Richard C. Hermerding
Certified Management Accountant
6227 Drifter Drive, San Jose
California 95123-4824

Tripathi, Adya
2855 Glen Keats Ct
San Jose, CA 95148-2559

UMC - USA
488 DeGuigne Drive
Sunnyvale, CA 94085-3903

UPS Supply Chain Solutions, Inc.
Attn: UPS Custom Brokerage SE
P.O. Box 34486
Louisville, KY 40232-4486

US Attorneys Office
150 Almaden Blvd, Ste 900
San Jose, CA 95113-2009

US Securities and Exchange Commission
Sarah Moyed, Bankruptcy Counsel
Pacific Regional Office, 11th Floor
5670 Wilshire Boulevard
Los Angeles, CA 90036-5679

Undisclosed Tripath Shareholder
c/o J. Allen Fiorletta
The Fiorletta Law Firm, PLLC
4990 Northwind Dr, Ste 121
East Lansing, MI 48823-5031

Union Bank of California
Attn: Stella Jo Masuda V03-059
1980 Saturn Street
Monterey Park, CA 91755-7431

Uniquest
9th Floor Dongsung Bldg. 158-24
24 Samseong-Dong
Kangnam-ku
Seoul, Korea 135-090

Uniquest
Sungnam-si, bundang-gu
271-2 Seohyeon-dong
Gyeonggi-do
Korea 463-824

Unum Life Insurance Company of America
P.O. Box 406990
Atlanta, GA 30384-6990

Vang, Khue
3492 Cortese Circle
San Jose, CA 95127-5569

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622

Vision Service Plan
P.O. Box 45210
San Francisco, CA 94145-5210

WPI International (I) Pvt. Ltd.
405 Gateway Plaza
Hiranandani Gardens Powai
Mumbai, India 00040-0076

Webb, Randall
7746 Curry Ave.
El Cerrito, CA 94530-4126

Willems, Ryan
905 S. Winchester Bl. #226
San Jose, CA 95128-2955

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Attn: Cynthia Peggins
Palo Alto, CA 94304-1050

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Wong, Henry
Blk 1, Unit F, I/F Bontania Villa
LamTei, TM, Hong Kong

Yahoo Hot Jobs
P.O. Box 0506
Carol Stream, IL 60132-0001

Yahoo! Hot Jobs
c/o Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Esq.
2600 El Camino Real, Suite 300
Palo Alto, CA 94306-1720

Yeh, Yeong-Fong (Jim)
9P-2, No. 3, Da-Kuan Road
Hsin-Tien City, Taipei Taiwan

Yuan, Jason
1754 Olivetree Dr.
San Jose, CA 95131-1934

Zhang, Ding (Tina)
12239 Atrium Circle
Saratoga, CA 95070-3102

Aron M. Oliner
Law Offices of Duane Morris
1 Market Spear Tower  #2200
San Francisco, CA 94105-3104

Bruce G. MacIntyre
Perkins Coi LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Bruce G. MacIntyre
Perkins Coie
1201 3rd Ave. #4800
Seattle, WA 98101-3099

David S. Rajpurohit
629 Grove St.
Ridgewood, NJ 07450-5529

Gabriel Liao
Law Offices of Perkins Coie
1620 26th St. 6th Fl
Santa Monica, CA 90404-4075

Gary M. Sawka
Tripath Technology, Inc.
46520 Fremont Blvd., Suite 610
Fremont, CA 94538-6478

Michael J. Steiner, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

Naresh Sharma
45797 Bridgeport Dr.
Fremont, CA 94539-6853

Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
55 S. Market Street
San Jose, CA 95113

(d)Internal Revenue Service
Attn: Charlotte Shira
55 South Market Street, MS 5420
San Jose, CA 95113

(d)Internal Revenue Service
P O Box 21126 Stop N781
Philadelphia, P A 19114

Sprint
P.O. Box 79255
City of Industry, CA 91716

(d)Sprint-Nextel Corporation
Attn: Bankruptcy
PO Box 172408
Denver, CO 80217-2408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Beyer Weaver LLP

(u)ENABLE GROWTH PARTNERS, LC

(u)Enable Growth Partners, LP

(u)Securities Litigation & Consulting Group,

(d)ASE Korea Inc
3590 Peterson Way
Santa Clara Ca 95054-2816

(d)Canon Financial Services, Inc.
P.O. Box 4004
Carol Stream, IL 60197-4004

(d)Credence Capital Corporation
c/o LTX-Credence Corporation
Dept #33835
PO Box 39000
San Francisco, CA 94139-0001

(u)Elatec Electronic Eng'g. d.o.o.
Gubceve brigade 20
1108 Ljubljana
SLOVENIA

(d)Hudson Bay Fund, LP
c/o Hudson Bay Capital Management LP
120 Broadway, 40th Floor
New York, NY 10271-4099

(u)Kikuchi, Yoshinori
#503, 2-4-11 Nishinakanobu
Shinagawa-ku, Tokyo 142-0054

(u)Kojima, Kenji
#110, 6-6-2 Nakamichi
Nishi, Tokyo 202-0013

(d)LTX-Credence Corporation
Dept #33835
PO Box 39000
San Francisco, CA 94139-0001

(u)Shida, Kan
2-6-8-505 Kaidori
Tama-Shi, Tokyo 206-0012

(d)Tripathi, Adya
2855 Glen Keats Ct.
San Jose, CA 95148-2559

(u)Adam Werner

(u)George S. Trevor

(d)Richard P. Toister
10480 SW 96th Terrace
Miami, FL 33176-2710

(u)Robert A. Jigarjian

End of Label Matrix
Mailable recipients    247
Bypassed recipients     18
Total                  265