# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

DEREK C. ABBOTT
(302) 351-9357
(302) 425-4664 FAX
dabbott@mnat.com

**FILED**
**OCT 31 2011**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

October 26, 2011

**VIA FIRST CLASS MAIL**

Gloria L. Franklin, Clerk of the Court
United States Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

      Re: *In re Tripath*, Case No. 07-50358 In The Northern District *for California*

Dear Ms. Franklin:

      I write to update the address of Nortel Networks, Inc. in the above referenced case. I, among others, am counsel of record for Nortel Networks, Inc. in its chapter 11 bankruptcy proceedings pending in the United States Bankruptcy Court for the District of Delaware at Case No. 09-10138-KG. I write to request that any and all distributions to Nortel in the Tripath case be sent to Nortel Networks, Inc., Attn: Timothy Ross, 4001 East Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina 27709.

      Please do not hesitate to call me if you have any questions.

      Very truly yours,

      /s/ Derek C. Abbott

      Derek C. Abbott

DCA/alc
cc:  Bruce G. MacIntyre, Esq. (by email)
      Willie J. White, Esq. (by email)
      Jane Kim, Esq. (by email)
      John Ray (by email)
      Timothy Ross (by first class mail)

4560246.1